IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL E. LOCKMAN, et al., <br><br> vs. <br><br> MURPHY EXPLORATION & PRODUCTION CO., a Delaware corporation, et al., <br><br> Defendants. | CV-20-67-GF-BMM <br><br><br> **ORDER** |

Defendants Murphy Exploration & Production Co., Murphy Oil Corporation and Murphy Oil USA, Inc.'s (Murphy) have moved for an order allowing Scott M. DuBoff, Esq., and John Ray Nelson, Esq. to appear *pro hac vice* in this case with Leonard Smith, Esq., designated as local counsel. The applications of Mr. DeBoff and Mr. Nelson appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Mr. DeBoff and Mr. Nelson to appear on its behalf (Docs. 11 and 12) are GRANTED, subject to the following conditions:

    1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

    2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. DeBoff and Mr. Nelson must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. DeBoff and Mr. Nelson.

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 22nd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court