# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL E. LOCKMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PIONEER NATURAL RESOURCES USA, INC., a Delaware corp.; MURPHY EXPLORATION & PRODUCTION CO., a Delaware corporation, MURPHY OIL USA, INC., a Delaware corporation, MURPHY OIL CORPORATION, a Delaware corporation, and JOHN DOES 1–30, inclusive, <br><br> Defendants. | Cause No.: CV-20-67-GF-BMM-JTJ <br><br><br> **ORDER GRANTING JOINT MOTION FOR BRIEFING ON MOTION TO LIFT STAY AND FOR JUDICIAL REVIEW ON NON-ARBITRABLE ISSUE** |
| MURPHY EXPLORATION & PRODUCTION COMPANY, a Delaware corporation, MURPHY OIL USA, INC., a Delaware corporation, and MURPHY OIL CORPORATION, a Delaware corporation, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> PIONEER NATURAL RESOURCES USA, INC., a Delaware corporation, and JOHN DOES 1-30, <br><br> Cross Claim Defendants, <br><br> and | |

1

| | |
|---|---|
| BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company, and JAMES DOES 1-20,<br><br>    Third-Party Defendants. | |

Pursuant to Third-Party Defendant Ballard Petroleum Holdings, LLC ("Ballard") and Third-Party Plaintiffs Murphy Oil Corporation, Murphy Exploration & Production Co., and Murphy Oil USA, Inc. ("Murphy") Stipulation and Joint Motion for Briefing on Motion to Lift Stay and for Judicial Review of Non-Arbitrable Issue (Doc. 268), and good cause appearing,

**IT IS ORDERED** that:

1. The time for Murphy's response to Ballard's Motion to Lift Stay and for Judicial Review of Non-Arbitrable Legal Issue (Doc. 262) shall be extended to August 15, 2023.

2. Ballard shall thereafter submit a Reply Brief in accordance with Local Rule 7.1.

3. Murphy's Motion for Extension of Time to Respond to Ballard's Motion (Doc. 265) is mooted.

DATED this 20th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court