IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHAEL E. LOCKMAN, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PIONEER NATURAL RESOURCES USA, INC., *et al.*,<br><br>    Defendants.<br>_____<br>MURPHY EXPLORATION & PRODUCTION COMPANY, *et al.*,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>BALLARD PETROLEUM HOLDINGS, LLC, *et al.*,<br><br>    Third-Party Defendants.<br>_____<br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br><br>    Intervenor. | Cause No. 4:20-cv-00067-BMM<br><br><br>**ORDER RESCHEDULING HEARING** |

Ballard Holdings, LLC has filed a Motion (Doc. 279) to continue the hearing presently set for 10:00 a.m. on September 26, 2023, to a date after October 9, 2023. All other parties who remain in this case do not oppose this Motion.

IT IS HEREBY ORDERED that the hearing set for 10:00 a.m. on September 26, 2023 (Doc. 278) is hereby VACATED.

IT IS FURTHER ORDERED that the hearing is reset for October 16, 2023 at 1:30 p.m. at the Paul Hatfield Federal Courthouse, Helena, Montana.

DATED this 5th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court