IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION CO., a Delaware corp., MURPHY OIL USA, INC., a Delaware corp., MURPHY OIL CORPORATION, a Delaware corp.,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company,<br><br>Third-Party Defendants<br><br>_____<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation,<br><br>Intervenor Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BALLARD PETROLEUM HOLDINGS, LLC,<br><br>Intervention Defendant / Counter-claimant / Third-Party Plaintiff / Counterclaim Defendant,<br><br>v.<br><br>VIGILANT INSURANCE CO.; and FEDERAL INSURANCE CO.,<br><br>Third Party Defendants/Counter Plaintiffs. | Cause No. CV-20-67-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that the above-caption reflects the remaining parties in this case. The Clerk of Court's Office will change the docket to reflect the same. The parties will use this caption for all future filings.

DATED this 26th day of March 2026.

_____
Brian Morris, Chief District Judge
United States District Courts