# Exhibit A

# UNITED STATES FIDELITY AND GUARANTY COMPANY

*Baltimore, Maryland*

## COMPREHENSIVE GENERAL—AUTOMOBILE LIABILITY INSURANCE

### DECLARATIONS

| Item 1. **NAMED INSURED** Address (No. & Street, City, County, State) | MURPHY OIL CORPORATION and Its Wholly Owned Subsidiaries Murphy Building El Dorado, Union, Arkansas | Branch Office and Agent or Broker Little Rock Office United Insurance Agency El Dorado, Arkansas |
|---|---|---|

| Business of Named Insured Oil & Gas Production Refining & Marketing | Policy Number RICC **271895** | Item 2. Policy Period From June 1, 1970 To June 1, 1971 | 12:01 A.M. standard time at the address of the Named Insured as stated herein. | Tran. 21 |
|---|---|---|---|---|

The **Named Insured** is: ☐ Individual ☐ Partnership ☒ Corporation ☐ Joint Venture ☐ Other (specify)

Renews R1CC-222980   Agent's Code 39-2084

Item 3. The insurance afforded is only with respect to such of the following Coverage Parts and Coverages as are indicated by specific premium charge or charges. The limit of the Company's liability against each such Coverage shall be as stated herein, subject to all the terms of this policy having reference thereto.

See End. #8

| COVERAGE PARTS | COVERAGES | LIMITS OF LIABILITY | ADVANCE PREMIUMS |
|---|---|---|---|
| Comprehensive General Liability Insurance | A. Bodily Injury Liability | $ 100 ,000 each person<br>$ 500 ,000 each occurrence<br>$ 500 ,000 aggregate | $ 7,236 .00 |
| | B. Property Damage Liability | $ 100 ,000 each occurrence<br>$ 100 ,000 aggregate | $ 9,576 .00 |
| Premises Medical Payments Insurance | E. Premises Medical Payments | $ each person<br>$ ,000 each accident | $ .00 |
| Contractual Liability Insurance | Y. Contractual Bodily Injury Liability | $ ,000 each person<br>$ ,000 each occurrence | |
| | Z. Contractual Property Damage Liability | $ ,000 each occurrence<br>$ ,000 aggregate | $ .00 |
| Comprehensive Automobile Liability Insurance | C. Bodily Injury Liability | $ ,000 each person<br>$ ,000 each occurrence | $ .00 |
| | D. Property Damage Liability | $ ,000 each occurrence | $ .00 |
| Automobile Medical Payments Insurance | F. Automobile Medical Payments | $ each person | $ .00 |
| Insurance Against Uninsured Motorists | U. Uninsured Motorists | $ ,000 each person<br>$ ,000 each accident | $ .00 |
| Contractual Liability Insurance (Blanket Coverage) | | | $ 87 .00 |
| Personal Injury Liability Insurance | | | $ Included |
| Employee Benefits Liability Insurance | See Coverage Part for Coverages and Limits of Liability | | $ 222 .00 |
| | | | $ .00 |
| | | | $ .00 |
| | | | $ .00 |

Endorsement Nos. (other than those entered on Coverage Parts)   $ .00

Audit Period: Annual, unless otherwise designated below. ☐ Semi-annually ☐ Quarterly ☒ Monthly

Total Advance Premium $ 17,121 .00

eh 7-7-70

UNITED INSURANCE AGENCY

Countersigned by _____
Authorized Representative

MURPHY_00018183

COVERAGE PART:   #1

**COMPREHENSIVE GENERAL LIABILITY INSURANCE**

Forming a part of Policy

No. R1CC-271895

Schedule

| Description of Hazards *See Note Below | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| Premises-Operations (PF 11 and/or 12) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration | | | |
| See M&C Schedules #1-A thru #1-E Attached | | | | | 1,000.00<br>Deposit Premiums<br>Monthly Adjusted | 1,000.00 |
| See OL&T Schedules #1-F thru #1-H Attached | | | | S<br>E | 1,411.00<br>460.00 | 919.00<br>186.00 |
| Flat Charge for Increased Limits of Liability | | | | | 10.00 | 5.00 |
| End. #17 (Typed) Waiver of Subrogation | | | | | 11.00 | 4.00 |
| Elevators (PF 22) | | Number | Per Elevator | | | |
| Independent Contractors (PF 32)<br>See Schedule #1-I thru #1-J Attached | | Cost | Per $100 of Cost | S<br>E | 370.00<br>126.00 | 296.00<br>278.00 |
| Completed Operations (PF 14) | | Receipts | Per $1,000 of Receipts | | | |
| Products (PF 14)<br>See Schedules #1-K thru #1-L Attached | | Sales | Per $1,000 of Sales | S<br>E | 2,253.00<br>1,595.00 | 4,997.00<br>1,891.00 |

Endorsement Nos.
#5, G322 (Texas); #6, G325;

| | Bodily Injury | Property Damage |
|---|---|---|
| | 7,236.00 | 9,576.00 |
| **Total Advance Premiums** | $ XXX | $ XXX |

| Location of all premises owned by, rented to or controlled by the **Named Insured** (Enter "same" if same location as address shown in Item 1 of declarations) | Interest of **Named Insured** in such premises (Describe interest, such as "owner", "general lessee" or "tenant") | Part occupied by **Named Insured** |
|---|---|---|
| See Schedules Attached | Various | Various |

The foregoing discloses all hazards insured hereunder known to exist at the effective date of this policy, unless otherwise stated herein:

**No Exceptions**

*Premium for insured hazards not specifically rated herein will be determined by audit and charged accordingly.

**I COVERAGE A—BODILY INJURY LIABILITY**

**COVERAGE B—PROPERTY DAMAGE LIABILITY**

The Company will pay on behalf of the **Insured** all sums which the **Insured** shall become legally obligated to pay as **damages** because of

A. **bodily injury** or

B. **property damage**

to which this insurance applies, caused by an **occurrence**, and the Company shall have the right and duty to defend any suit against the **Insured** seeking **damages** on account of such **bodily injury** or **property damage**, even if any of the allegations

of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the **Insured** under any contract or agreement except an **incidental contract**; but this exclusion does not apply to a warranty of fitness or quality of the **Named Insured's products** or a warranty that work performed by or on behalf of the **Named Insured** will be done in a workmanlike manner;

(Continued on reverse side)

USF&G/F&GIU
Casualty 20 (10-66)

**COVERAGE PART—COMPREHENSIVE GENERAL LIABILITY INSURANCE**

MURPHY_00018184

(b) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of

(1) any **automobile** or aircraft owned or operated by or rented or loaned to the **Named Insured**, or

(2) any other **automobile** or aircraft operated by any person in the course of his employment by the **Named Insured**;

but this exclusion does not apply to the parking of an **automobile** on premises owned by, rented to or controlled by the **Named Insured** or the ways immediately adjoining, if such **automobile** is not owned by or rented or loaned to the **Named Insured**;

(c) to **bodily injury** or **property damage** arising out of and in the course of the transportation of **mobile equipment** by an **automobile** owned or operated by or rented or loaned to the **Named Insured**;

(d) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any watercraft, if the **bodily injury** or **property damage** occurs away from premises owned by, rented to or controlled by the **Named Insured**; but this exclusion does not apply to **bodily injury** or **property damage** included within the **products hazard** or the **completed operations hazard** or resulting from operations performed for the **Named Insured** by independent contractors or to liability assumed by the **Insured** under an **incidental contract**;

(e) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to

(1) liability assumed by the **Insured** under an **incidental contract**, or

(2) expenses for first aid under the Supplementary Payments provision;

(f) to **bodily injury** or **property damage** for which the **Insured** or his indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage

(1) in violation of any statute, ordinance or regulation,

(2) to a minor,

(3) to a person under the influence of alcohol, or

(4) which causes or contributes to the intoxication of any person;

(g) to any obligation for which the **Insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(h) to **bodily injury** to any employee of the **Insured** arising out of and in the course of his employment by the **Insured**; but this exclusion does not apply to liability assumed by the **Insured** under an **incidental contract**;

(i) to **property damage** to

(1) property owned or occupied or rented to the **Insured**,

(2) property used by the **Insured**, or

(3) property in the care, custody or control of the **Insured** or as to which the **Insured** is for any purpose exercising physical control;

but parts (2) and (3) of this exclusion do not apply with respect to liability under a written sidetrack agreement and part (3) of this exclusion does not apply with respect to **property damage** (other than to **elevators**) arising out of the use of an **elevator** at premises owned by, rented to or controlled by the **Named Insured**;

(j) to **property damage** to premises alienated by the **Named Insured** arising out of such premises or any part thereof;

(k) to **bodily injury** or **property damage** resulting from the failure of the **Named Insured's products** or work completed by or for the **Named Insured** to perform the function or serve the purpose intended by the **Named Insured**, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any **Insured**; but this exclusion does not apply to **bodily injury** or **property damage** resulting from the active malfunctioning of such products or work;

(l) to **property damage** to the **Named Insured's products** arising out of such products or any part of such products;

(m) to **property damage** to work performed by or on behalf of the **Named Insured** arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(n) to **damages** claimed for the withdrawal, inspection, repair, replacement, or loss of use of the **Named Insured's products** or work completed by or for the **Named Insured** or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein.

## II PERSONS INSURED

Each of the following is an **Insured** under this insurance to the extent set forth below:

(a) if the **Named Insured** is designated in the declarations as an individual, the person so designated but only with respect to the conduct of a business of which he is the sole proprietor;

(b) if the **Named Insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the **Named Insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such;

(d) any person (other than an employee of the **Named Insured**) or organization while acting as real estate manager for the **Named Insured**; and

(e) with respect to the operation, for the purpose of locomotion upon a public highway, of **mobile equipment** registered under any motor vehicle registration law,

(i) an employee of the **Named Insured** while operating any such equipment in the course of his employment, and

(ii) any other person while operating with the permission of the **Named Insured** any such equipment registered in the name of the **Named Insured** and any person or organization legally responsible for such operation, but only if there is no other valid and collectible insurance available, either on a primary or excess basis, to such person or organization;

provided that no person or organization shall be an **Insured** under this paragraph (e) with respect to:

(1) **bodily injury** to any fellow employee of such person injured in the course of his employment, or

(2) **property damage** to property owned by, rented to, in charge of or occupied by the **Named Insured** or the employer of any person described in subparagraph (ii).

This insurance does not apply to **bodily injury** or **property damage** arising out of the conduct of any partnership or joint venture of which the **Insured** is a partner or member and which is not designated in this policy as a **Named Insured**.

## III LIMITS OF LIABILITY

Regardless of the number of (1) **Insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, or (3) claims made or suits brought on account of **bodily injury** or **property damage**, the Company's liability is limited as follows:

**Coverage A**—The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the Company's liability for all **damages** because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the Company for all **damages** because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

Subject to the above provisions respecting "each person" and "each **occurrence**", the total liability of the Company for all **damages** because of (1) all **bodily injury** included within the **completed operations hazard** and (2) all **bodily injury** included within the **products hazard** shall not exceed the limit of **bodily injury** liability stated in the declarations as "aggregate".

**Coverage B**—The total liability of the Company for all **damages** because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**".

Subject to the above provision respecting "each **occurrence**", the total liability of the Company for all **damages** because of all **property damage** to which this coverage applies and described in any of the numbered subparagraphs below shall not exceed the limit of **property damage** liability stated in the declarations as "aggregate":

(1) all **property damage** arising out of premises or operations rated on a remuneration basis or contractor's equipment rated on a receipts basis, including **property damage** for which liability is assumed under any **incidental contract** relating to such premises or operations, but excluding **property damage** included in subparagraph (2) below;

(2) all **property damage** arising out and occurring in the course of operations performed for the **Named Insured** by independent contractors and general supervision thereof by the **Named Insured**, including any such **property damage** for which liability is assumed under any **incidental contract** relating to such operations, but this subparagraph (2) does not include **property damage** arising out of maintenance or repairs at premises owned by or rented to the **Named Insured** or structural alterations at such premises which do not involve changing the size of or moving buildings or other structures;

(3) all **property damage** included within the **products hazard** and all **property damage** included within the **completed operations hazard**.

Such aggregate limit shall apply separately to the **property damage** described in subparagraphs (1), (2) and (3) above, and under subparagraphs (1) and (2), separately with respect to each project away from premises owned by or rented to the **Named Insured**.

**Coverages A and B**—For the purpose of determining the limit of the Company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

## IV POLICY PERIOD; TERRITORY

This insurance applies only to **bodily injury** or **property damage** which occurs during the policy period within the **policy territory**.

MURPHY_00018185

**SUPPLEMENTARY SCHEDULE**
to

| | |
|---|---|
| | ☒ COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| **#1-A** | ☐ MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| | ☐ OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| Forming a part of Policy | ☐ COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| No. R1CC-271895 | ☐ CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

| Description of Hazards | | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12) (2) Elevators (PF 22) (3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32) (4) Completed Operations (PF 14) (5) Products (PF 14) (6) Contractual (PF 32) | | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Number (e) Cost (f) Receipts (g) Sales (h) Number | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per Elevator (e) Per $100 of Cost (f) Per $1000 of Receipts (g) Per $1000 of Sales (h) Per Contract | | | |
| **Gasoline or Oil Dealers. , #8350x** | | | | | | | |
| | Alabama | (c) 40,000.00 | | S .198 E .116 | .409 .146 | 1,000.00 Deposit Monthly | 1,000.00 Premiums Adjusted |
| | Florida | (c) 90,000.00 | | S .116 E .068 | .307 .128 | | |
| | Kentucky | (c) 16,000.00 | | S .335 E .196 | .447 .154 | | |
| | Louisiana | (c) 22,000.00 | | S .441 E .234 | .904 .277 | | |
| | Michigan | (c) 27,000.00 | | S .096 E .056 | .344 .133 | | |
| | Minnesota | (c) If Any | | S .178 E .104 | .338 .131 | | |
| | Mississippi | (c) If Any | | S .198 E .116 | .370 .138 | | |
| | Tennessee | (c) 6,400.00 | | S .246 E .144 | .377 .139 | | |
| | Wisconsin | (c) 38,000.00 | | S .096 E .056 | .299 .124 | | |
| **Gasoline Stations--retail. #3437** | | | | | | | |
| | Alabama | (c) 200,000.00 | | S .157 E .092 | .064 .013 | | |
| | Arkansas | (c) 23,000.00 | | S .144 E .084 | .084 .017 | | |
| | Delaware | (c) If Any | | S .082 E .048 | .090 .018 | | |
| | Dist. of Columbia | (c) If Any | | S .246 E .144 | .129 .026 | | |

USF&G/F&GIU
Casualty 22 (1-69)

SUPPLEMENTARY SCHEDULE

MURPHY_00018186

| | |
|---|---|
| [X] | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| [ ] | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| [ ] | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

#1-B
Forming a part of Policy
No. R1CC-271895

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12) | | (a) Area (Sq. Ft.) | (a) Per 100 Sq. Ft. of Area | | | |
| (2) Elevators (PF 22) | | (b) Frontage | (b) Per Linear Foot | | | |
| (3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32) | | (c) Remuneration | (c) Per $100 of Remuneration | | | |
| | | (d) Number | (d) Per Elevator | | | |
| (4) Completed Operations (PF 14) | | (e) Cost | (e) Per $100 of Cost | | | |
| (5) Products (PF 14) | | (f) Receipts | (f) Per $1000 of Receipts | | | |
| (6) Contractual (PF 32) | | (g) Sales | (g) Per $1000 of Sales | | | |
| | | (h) Number | (h) Per Contract | | | |

Gasoline Stations--retail, #3437

| | | | | | |
|---|---|---|---|---|---|
| Florida | (c) | 450,000.00 | S | .185 | .064 |
| | | | E | .108 | .013 |
| Georgia | (c) | 350,000.00 | S | .185 | .090 |
| | | | E | .108 | .018 |
| Illinois | (c) | If Any | S | .219 | .071 |
| | | | E | .128 | .014 |
| Indiana | (c) | 46,000.00 | S | .116 | .090 |
| | | | E | .068 | .018 |
| Kentucky | (c) | 227,000.00 | S | .219 | .071 |
| | | | E | .128 | .014 |
| Louisiana | (c) | 120,000.00 | S | .713 | .223 |
| | | | E | .378 | .040 |
| Maryland | (c) | If Any | S | .240 | .084 |
| | | | E | .140 | .017 |
| Michigan | (c) | 90,000.00 | S | .205 | .071 |
| | | | E | .120 | .014 |
| Minnesota | (c) | 80,000.00 | S | .315 | .109 |
| | | | E | .184 | .022 |
| Mississippi | (c) | 8,000.00 | S | .171 | .103 |
| | | | E | .100 | .021 |
| Missouri | (c) | If Any | S | .315 | .103 |
| | | | E | .184 | .021 |
| New Jersey | (c) | If Any | S | .638 | .174 |
| | | | E | .440 | .042 |
| North Carolina | (c) | 240,000.00 | S | .111 | .069 |
| | | | E | .063 | .016 |
| North Dakota | (c) | If Any | S | .116 | .064 |
| | | | E | .068 | .013 |

MURPHY_00018187

## SUPPLEMENTARY SCHEDULE
to

| | |
|---|---|
| ☒ | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| ☐ | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| ☐ | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

#1-C

Forming a part of Policy

No. R1CC-271895

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract | | | |
| **Gasoline Stations--retail. #3437** | | | | | | |
| Ohio | (c) | 90,000.00 | S .157<br>E .092 | .103<br>.021 | | |
| Pennsylvania | (c) | If Any | S .267<br>E .156 | .084<br>.017 | | |
| South Carolina | (c) | 180,000.00 | S .144<br>E .084 | .071<br>.014 | | |
| Tennessee | (c) | 295,000.00 | S .240<br>E .140 | .077<br>.016 | | |
| Texas | (c) | If Any | S .336<br>E .232 | .164<br>.039 | | |
| Virginia | (c) | 80,000.00 | S .216<br>E .149 | .096<br>.023 | | |
| Wisconsin | (c) | 22,000.00 | S .226<br>E .132 | .090<br>.018 | | |
| **Oil or Gas Geologists or Scouts.**<br>. . . . . . . . . . . . . .#2475 | | | | | | |
| Arkansas | (c) | 60,200.00 | S .082<br>E .048 | .090<br>.018 | | |
| Colorado | (c) | 5,200.00 | S .082<br>E .048 | .071<br>.014 | | |
| Louisiana | (c) | 15,000.00 | S .182<br>E .096 | .223<br>.040 | | |
| Mississippi | (c) | 28,000.00 | S .130<br>E .076 | .084<br>.017 | | |
| Montana | (c) | 75,000.00 | S .096<br>E .056 | .064<br>.013 | | |
| Texas | (c) | 10,000.00 | S .186<br>E .128 | .164<br>.039 | | |

MURPHY_00018188

**SUPPLEMENTARY SCHEDULE**
to

| | |
|---|---|
| | ☒ **COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART** |
| **#1-D** | ☐ **MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART** |
| Forming a part of Policy | ☐ **OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART** |
| No. R1CC-271895 | ☐ **COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART** |
| | ☐ **CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART** |

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 14)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract | | | |

```
Oil or Gas Geologists or Scouts.
. . . . . . . . . . . . . . .#2475
              Wyoming          (c) If Any      S .068   .058
                                               E .040   .012


Oil Lease Operators. . . . #1321de
              Arkansas      (c)100,000,00      S .103   .497
                                               E .060   .809

              Colorado      (c)  5,000,00      S .075   .561
                                               E .044   .822

              Louisiana     (c) 20,000,00      S .324  1.058
                                               E .172    .91

              Mississippi   (c) 10,000,00      S .123   .639
                                               E .072   .837

              Montana       (c) 75,000,00      S .075   .574
                                               E .044   .824

              Texas         (c) 45,000,00      S .255   .930
                                               E .176   .929


Oil Refining--petroleum. . #4740x
              Louisiana     (c)600,000,00      S .208   .583
                                               E .110   .273

              Wisconsin     (c)1,010,000.      S .082   .294
                                               E .048   .151
```

MURPHY_00018189

**SUPPLEMENTARY SCHEDULE**
to

#1-E

| | | |
|---|---|---|
| ☒ | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| ☐ | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| ☐ | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

Forming a part of Policy
No. R1CC-271895

| Description of Hazards<br>The rating classifications below do not modify<br>the exclusions or other terms of this insurance. | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract | | | |

Stevedoring--by hand or by means of
hand trucks exclusively--no hoisting
of cargo--including completed
operations with respect to
occurrences not on board vessels
arising at the site of operations
after their completion or abondonment.
. . . . . . . . . . . . .#3435

| | | | | |
|---|---|---|---|---|
| Alabama | (c) If Any | S .219<br>E .128 | .090<br>.018 | |
| Florida | (c) If Any | S .287<br>E .168 | .116<br>.023 | |
| Kentucky | (c) If Any | S .233<br>E .136 | .109<br>.022 | |
| Louisiana | (c) If Any | S .545<br>E .289 | .285<br>.051 | |
| Michigan | (c) If Any | S .212<br>E .124 | .116<br>.023 | |
| Tennessee | (c) If Any | S .274<br>E .160 | .116<br>.023 | |
| Wisconsin | (c) If Any | S .294<br>E .172 | .148<br>.030 | |

USF&G/F&GIU
Casualty 22 (1-69)

**SUPPLEMENTARY SCHEDULE**

MURPHY_00018190

**SUPPLEMENTARY SCHEDULE**
to

**#1-F**

Forming a part of Policy No. R1CC-271895

| | |
|---|---|
| [X] | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| [ ] | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| [ ] | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract | | | |

Gasoline or Oil Supply Stations--retail, operated by persons other than the insured--(lessor's risk only). . . . . . . . . . . #0901

| | | | | | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|---|
| | | | Premium Bases | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| Alabama | (1) | 28 | | S<br>E | .010<br>.003 | .003<br>.001 | 84.00<br>28.00 | 56.00<br>9.00 |
| Arkansas | (1) | 6 | | S<br>E | .010<br>.003 | .003<br>.001 | 18.00<br>6.00 | 12.00<br>2.00 |
| Florida | (1) | 36 | | S<br>E | .013<br>.004 | .005<br>.001 | 108.00<br>36.00 | 72.00<br>12.00 |
| Georgia | (1) | 16 | | S<br>E | .010<br>.003 | .005<br>.001 | 48.00<br>16.00 | 32.00<br>5.00 |
| Indiana | (1) | 4 | | S<br>E | .013<br>.004 | .005<br>.001 | 12.00<br>4.00 | 8.00<br>1.00 |
| Kentucky | (1) | 12 | | S<br>E | .013<br>.004 | .005<br>.001 | 36.00<br>12.00 | 24.00<br>4.00 |
| Louisiana | (1) | 18 | | S<br>E | .038<br>.010 | .006<br>.001 | 108.00<br>36.00 | 54.00<br>18.00 |
| Michigan | (1) | 9 | | S<br>E | .012<br>.004 | .005<br>.001 | 27.00<br>9.00 | 18.00<br>3.00 |
| Minnesota | (1) | 19 | | S<br>E | .032<br>.010 | .005<br>.001 | 57.00<br>19.00 | 38.00<br>6.00 |
| Mississippi | (1) | 20 | | S<br>E | .012<br>.004 | .005<br>.001 | 60.00<br>20.00 | 40.00<br>7.00 |
| Missouri | (1) | 1 | | S<br>E | .022<br>.007 | .003<br>.001 | 3.00<br>1.00 | 2.00<br>.00 |
| North Carolina | (1) | 14 | | S<br>E | .008<br>.003 | .004<br>.001 | 56.00<br>14.00 | 28.00<br>6.00 |
| Ohio | (1) | 8 | | S<br>E | .018<br>.006 | .003<br>.001 | 24.00<br>8.00 | 16.00<br>3.00 |

MURPHY_00018191

**SUPPLEMENTARY SCHEDULE**
To

| | |
|---|---|
| #1-G | ☒ COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| | ☐ MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| Forming a part of Policy | ☐ OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| No. R1CC-271895 | ☐ COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| | ☐ CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |

(1) Premises-Operations (PF 11 and/or 12)
(2) Elevators (PF 22)
(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)
(4) Completed Operations (PF 14)
(5) Products (PF 14)
(6) Contractual (PF 32)

(a) Area (Sq. Ft.)
(b) Frontage
(c) Remuneration
(d) Number
(e) Cost
(f) Receipts
(g) Sales
(h) Number

(a) Per 100 Sq. Ft. of Area
(b) Per Linear Foot
(c) Per $100 of Remuneration
(d) Per Elevator
(e) Per $100 of Cost
(f) Per $1000 of Receipts
(g) Per $1000 of Sales
(h) Per Contract

| Description | | Premium Bases | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
|---|---|---|---|---|---|---|---|
| Gasoline or Oil Supply Stations-- . . . . . . . . . . . . . . . .#0901 | | (1) | Each | | | | |
| South Carolina | (1) | 4 | S | .010 | .003 | 12.00 | 8.00 |
| | | | E | .003 | .001 | 4.00 | 1.00 |
| Tennessee | (1) | 13 | S | .015 | .003 | 39.00 | 26.00 |
| | | | E | .005 | .001 | 13.00 | 4.00 |
| Virginia | (1) | 13 | S | .020 | .005 | 65.00 | 39.00 |
| | | | E | .007 | .001 | 26.00 | 13.00 |
| Wisconsin | (1) | 26 | S | .026 | .003 | 78.00 | 52.00 |
| | | | E | .008 | .001 | 26.00 | 9.00 |
| Hillsborough County, Florida Land--occupied by persons other than the insured for commercial purposes--(lessor's risk only). . . . . . . . . . . . . . . .#0901 | | (b) | 420 | S | .013 | .003 | 6.00 | 1.00 |
| | | | | E | .004 | .001 | 2.00 | .00 |
| Tank Cars--Gasoline. . . . #0301 | | | | | | | |
| 1st. 100 | (1) | 100 | S | 3.19 | 1.61 | 319.00 | 161.00 |
| | | | E | .98 | .33 | 98.00 | 33.00 |
| Next 400 | (1) | 35 | S | 1.59 | .80 | 56.00 | 28.00 |
| | | | E | .49 | .16 | 17.00 | 6.00 |

MURPHY_00018192

# SUPPLEMENTARY SCHEDULE
### to

| | |
|---|---|
| [X] | **COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART** |
| [ ] | **MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART** |
| [ ] | **OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART** |
| [ ] | **COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART** |
| [ ] | **CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART** |

**#1-H**

Forming a part of Policy

No. **R1CC-271895**

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract | | | |

| Description | | Premium Bases | Rates | | Advance Premiums BI | Advance Premiums PD |
|---|---|---|---|---|---|---|
| End. #7 (Typed), Oil or Gas Operations | | | | | | |
| Non-Operating Interest | Flat | Charge | S | | 75.00 | 82.00 |
| | | | E | | 25.00 | 18.00 |
| End. #10, G111, Additional Insured | Flat | Charge | S | | 2.00 | 2.00 |
| | | | E | | .00 | .00 |
| End. #11 (Typed), Southern Facilities, Inc. | | | | | | |
| Open States Locations | | | S | | 64.00 | 64.00 |
| | | | E | | 20.00 | 13.00 |
| North Carolina Locations | | | S | | 28.00 | 29.00 |
| | | | E | | 10.00 | 7.00 |
| Virginia Locations | | | S | | 26.00 | 27.00 |
| | | | E | | 10.00 | 6.00 |
| Totals | | | S | | 1,111.00 | 919.00 |
| | | | E | | 460.00 | 186.00 |

USF&G/F&GIU
Casualty 22 (1-69)

**SUPPLEMENTARY SCHEDULE**

MURPHY_00018193

#1-I

- [X] COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART
- [ ] MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART
- [ ] OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART

Forming a part of Policy

- [ ] COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART

No. R1CC-271895 [ ] CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |

(1) Premises-Operations (PF 11 and/or 12)
(2) Elevators (PF 22)
(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)
(4) Completed Operations (PF 14)
(5) Products (PF 14)
(6) Contractual (PF 32)

(a) Area (Sq. Ft.)
(b) Frontage
(c) Remuneration
(d) Number
(e) Cost
(f) Receipts
(g) Sales
(h) Number

(a) Per 100 Sq. Ft. of Area
(b) Per Linear Foot
(c) Per $100 of Remuneration
(d) Per Elevator
(e) Per $100 of Cost
(f) Per $1000 of Receipts
(g) Per $1000 of Sales
(h) Per Contract

**Construction Operations--owner--N.O.C. (not railroads)--excluding operations on board ships. #0512**

| | | Premium Bases | S/E | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
|---|---|---|---|---|---|---|---|
| **Open States** | | | | | | | |
| First | $500,000.00 | (e)500,000. | S | .012 | .007 | 60.00 | 35.00 |
| | | | E | .004 | .001 | 20.00 | 5.00 |
| Next | $500,000.00 | (e)500,000. | S | .006 | .004 | 30.00 | 20.00 |
| | | | E | .002 | .001 | 10.00 | 5.00 |
| Over | $1,000,000.00 | (e)300,000. | S | .0013 | .0013 | 4.00 | 4.00 |
| | | | E | .0005 | .0003 | 2.00 | 1.00 |
| **Louisiana** | | | | | | | |
| First | $500,000.00 | (e)500,000. | S | .022 | .014 | 110.00 | 70.00 |
| | | | E | .007 | .002 | 35.00 | 10.00 |
| Next | $500,000.00 | (e)500,000. | S | .011 | .007 | 55.00 | 35.00 |
| | | | E | .004 | .001 | 20.00 | 5.00 |
| Over | $1,000,000.00 | (e)125,000. | S | .0025 | .0025 | 3.00 | 3.00 |
| | | | E | .0008 | .0004 | 1.00 | 1.00 |
| **Texas** | | | | | | | |
| First | $500,000.00 | (e) If Any | S | .020 | .012 | | |
| | | | E | .009 | .003 | | |
| Next | $500,000.00 | (e) If Any | S | .010 | .007 | | |
| | | | E | .004 | .002 | | |
| Over | $1,000,000.00 | (e) If Any | S | .0022 | .0022 | | |
| | | | E | .0010 | .0005 | | |

MURPHY_00018194

# SUPPLEMENTARY SCHEDULE

#1-J

| | |
|---|---|
| [X] | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| [ ] | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| [ ] | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| [ ] | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

Forming a part of Policy
No. R1CC-271895

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |

(1) Premises-Operations (PF 11 and/or 12)
(2) Elevators (PF 22)
(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)
(4) Completed Operations (PF 14)
(5) Products (PF 14)
(6) Contractual (PF 32)

(a) Area (Sq. Ft.)
(b) Frontage
(c) Remuneration
(d) Number
(e) Cost
(f) Receipts
(g) Sales
(h) Number

(a) Per 100 Sq. Ft. of Area
(b) Per Linear Foot
(c) Per $100 of Remuneration
(d) Per Elevator
(e) Per $100 of Cost
(f) Per $1000 of Receipts
(g) Per $1000 of Sales
(h) Per Contract

**Oil or gas operations in the field-- owner or contractor--N.O.C.#0536**

| | | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
|---|---|---|---|---|---|---|---|
| Open States | | | | | | | |
| First | $500,000.00 | (e)500,000. | S | .012 | .015 | 60.00 | 75.00 |
| | | | E | .004 | .031 | 20.00 | 155.00 |
| Next | $500,000.00 | (e)100,000. | S | .006 | .012 | 6.00 | 12.00 |
| | | | E | .002 | .031 | 2.00 | 31.00 |
| Over | $1,000,000.00 | (e) If Any | S | .0013 | .0093 | | |
| | | | E | .0005 | .0303 | | |
| Louisiana | | | | | | | |
| First | $500,000.00 | (e)100,000. | S | .022 | .022 | 22.00 | 22.00 |
| | | | E | .007 | .032 | 7.00 | 32.00 |
| Next | $500,000.00 | (e) If Any | S | .011 | .015 | | |
| | | | E | .004 | .031 | | |
| Over | $1,000,000.00 | (e) If Any | S | .0025 | .0105 | | |
| | | | E | .0008 | .0304 | | |
| Texas | | | | | | | |
| First | $500,000.00 | (e)100,000. | S | .020 | .02 | 20.00 | 20.00 |
| | | | E | .009 | .033 | 9.00 | 33.00 |
| Next | $500,000.00 | (e) If Any | S | .010 | .015 | | |
| | | | E | .004 | .032 | | |
| Over | $1,000,000.00 | (e) If Any | S | .0022 | .0102 | | |
| | | | E | .0010 | .0305 | | |
| | Totals | | S | | | 370.00 | 296.00 |
| | | | E | | | 126.00 | 278.00 |

USF&G/F&GIU
Casualty 22 (1-69)

SUPPLEMENTARY SCHEDULE

MURPHY_00018195

#1-K

| | |
|---|---|
| ☒ | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| ☐ | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| ☐ | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

Forming a part of Policy
No. R1CC-271895

| Description of Hazards | | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12) | | | (a) Area (Sq. Ft.) | (a) Per 100 Sq. Ft. of Area | | | |
| (2) Elevators (PF 22) | | | (b) Frontage | (b) Per Linear Foot | | | |
| (3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32) | | | (c) Remuneration | (c) Per $100 of Remuneration | | | |
| (4) Completed Operations (PF 14) | | | (d) Number | (d) Per Elevator | | | |
| (5) Products (PF 14) | | | (e) Cost | (e) Per $100 of Cost | | | |
| (6) Contractual (PF 32) | | | (f) Receipts | (f) Per $1000 of Receipts | | | |
| | | | (g) Sales | (g) Per $1000 of Sales | | | |
| | | | (h) Number | (h) Per Contract | | | |
| | | | (i) Cu.Ft. | (i) Per 1,000,000 Cu.Ft. | | | |
| | | | (j) Gals. | (j) Per 10,000 Gallons | | | |
| | | | (k) Barrels | (k) Per 1,000 Barrels | | | |
| **Gas--natural (producer). . #6111** | | | | | | | |
| | Open States | | (i) 212,000 | S .007 | .006 | .00 | .00 |
| | | | | E .003 | .002 | .00 | .00 |
| | Louisiana | | (i)1,500,000 | S .014 | .012 | .00 | .00 |
| | | | | E .005 | .004 | .00 | .00 |
| **Gasoline (retail dealer). .#5125s** | | | | | | | |
| | Open States | | (j)117,000,000 | S .032 | .063 | 374.00 | 737.00 |
| | | | | E .023 | .023 | 269.00 | 269.00 |
| | Louisiana | | (j) 12,000,000 | S .062 | .118 | 74.00 | 142.00 |
| | | | | E .039 | .04 | 47.00 | 48.00 |
| | North Carolina | | (j) 13,000,000 | S .039 | .074 | 51.00 | 96.00 |
| | | | | E .032 | .033 | 42.00 | 43.00 |
| | Texas | | (j) If Any | S .055 | .106 | | |
| | | | | E .045 | .047 | | |
| | Virginia | | (j) 8,000,000 | S .054 | .104 | 43.00 | 83.00 |
| | | | | E .044 | .046 | 35.00 | 37.00 |
| **Gasoline (bulk dealer). . .#5126s** | | | | | | | |
| | Open States | | (j)618,000,000 | S .018 | .042 | 1112.00 | 2,596.00 |
| | | | | E .013 | .016 | 803.00 | 989.00 |
| | Louisiana | | (j)100,000,000 | S .035 | .079 | 350.00 | 790.00 |
| | | | | E .022 | .027 | 220.00 | 270.00 |
| | North Carolina | | (j) 56,800,000 | S .022 | .050 | 125.00 | 284.00 |
| | | | | E .018 | .022 | 102.00 | 125.00 |
| | Virginia | | (j) 23,000,000 | S .030 | .069 | 69.00 | 159.00 |
| | | | | E .025 | .031 | 58.00 | 71.00 |

MURPHY_00018196

**SUPPLEMENTARY SCHEDULE**
to

#1-L

- [x] COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART
- [ ] MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART
- [ ] OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART

Forming a part of Policy
- [ ] COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART

No. R1CC-271895
- [ ] CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12)<br>(2) Elevators (PF 22)<br>(3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32)<br>(4) Completed Operations (PF 14)<br>(5) Products (PF 14)<br>(6) Contractual (PF 32) | | (a) Area (Sq. Ft.)<br>(b) Frontage<br>(c) Remuneration<br>(d) Number<br>(e) Cost<br>(f) Receipts<br>(g) Sales<br>(h) Number<br>(i) Cu.Ft.<br>(j) Gals.<br>(k) Barrels | (a) Per 100 Sq. Ft. of Area<br>(b) Per Linear Foot<br>(c) Per $100 of Remuneration<br>(d) Per Elevator<br>(e) Per $100 of Cost<br>(f) Per $1000 of Receipts<br>(g) Per $1000 of Sales<br>(h) Per Contract<br>(i) Per 1,000,000 Cu. Ft.<br>(j) Per 10,000 Gallons<br>(k) Per 1,000 Barrels | | | |
| Greases or Lubricating Oils and Automobile Accessories or Supplies. (retail or wholesale dealer). . . . . . . . . . . . . . . . . . . . . . .#1127 | | | | | | |
| Open States | | (g)1,600,000 | S .024<br>E .009 | .049<br>.018 | 38.00<br>14.00 | 78.00<br>29.00 |
| Louisiana | | (g) 130,000 | S .046<br>E .015 | .092<br>.031 | 6.00<br>2.00 | 12.00<br>4.00 |
| North Carolina | | (g) 50,000 | S .028<br>E .012 | .058<br>.025 | 1.00<br>1.00 | 3.00<br>1.00 |
| Texas | | (g) If Any | S .041<br>E .018 | .083<br>.036 | | |
| Virginia | | (g) 20,000 | S .040<br>E .017 | .081<br>.036 | 1.00<br>.00 | 2.00<br>1.00 |
| Oil--crude (producer). . . #6131 | | | | | | |
| Open States | | (k)1,100,000 | S .006<br>E .002 | .006<br>.002 | 7.00<br>2.00 | 7.00<br>2.00 |
| Louisiana | | (k) 70,000 | S .012<br>E .004 | .012<br>.004 | 1.00<br>.00 | 1.00<br>.00 |
| Sales of Molasses rated as: Products N.O.C. . . . . .#7178 | | | | | | |
| Open States | | (g) 190,000 | S .006<br>E .002 | .035<br>.013 | 1.00<br>.00 | 7.00<br>2.00 |
| Totals | | | S<br>E | | 2,253.00<br>1,595.00 | 4,997.00<br>1,891.00 |

MURPHY_00018197

COVERAGE PART: #2

**CONTRACTUAL LIABILITY INSURANCE**

**(Blanket Coverage)**

Forming a part of Policy

No. R1CC-271895                                   Schedule

| Coverages (PF 32) | Limits of Liability | | | Advance Premiums | |
|---|---|---|---|---|---|
| YY. Contractual Bodily Injury Liability | $ 100 ,000 each person | $ 500 ,000 each **occurrence** | | $ 60 .00 | |
| ZZ. Contractual Property Damage Liability | $ 100 ,000 each **occurrence** | $ 100 ,000 aggregate | | $ 27 .00 | |

| Designation of Contracts | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| | | (a) Cost (b) Sales | (a) Per $100 Cost (b) Per $100 of Sales | | | |
| See Schedule #2-A & #2-B Attached | | | S | | 44.00 | 22.00 |
| | | | E | | 16.00 | 5.00 |

| Endorsement Nos. | Total Advance Premiums | $ 60 .00 | $ 27 .00 |
|---|---|---|---|

---

**I COVERAGE YY—CONTRACTUAL BODILY INJURY LIABILITY**

**COVERAGE ZZ—CONTRACTUAL PROPERTY DAMAGE LIABILITY**

The Company will pay on behalf of the **Insured** all sums which the **Insured**, by reason of **contractual liability** assumed by him under any written contract relating to the business of the **Named Insured** as stated in the declarations, shall become legally obligated to pay as **damages** because of

**bodily injury** or

**property damage**

to which this insurance applies, caused by an **occurrence**, and the Company shall have the right and duty to defend any **suit** against the **Insured** seeking **damages** on account of such **bodily injury** or **property damage**, even if any of the allegations of the **suit** are groundless, false or fraudulent, and may make such investigation and settlement of any claim or **suit** as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend

(1) any arbitration proceeding wherein the Company is not entitled to exercise the **Insured's** rights in the choice of arbitrators and in the conduct of such proceedings, or

(2) any **suit** after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

**Exclusions**

This insurance does not apply:

(a) to liability assumed by the **Insured** under any **incidental contract;**

(b) if the indemnitee of the **Insured** is an architect, engineer or surveyor, to the liability of the indemnitee, his agents or employees, arising out of

   (1) the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs or specifications, or

   (2) the giving of or the failure to give directions or instructions by the indemnitee, his agents or employees, provided such giving or failure to give is the primary cause of the **bodily injury** or **property damage;**

(c) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing;

(d) to **bodily injury** or **property damage** for which the indemnitee may be held liable, as a person or organization engaged in the business of manufacturing, distributing, selling or serving alcoholic beverages or as an owner or lessor of premises used for such purposes, by reason of the selling, serving or giving of any alcoholic beverage (1) in violation of any statute, ordinance or regulation, (2) to a minor, (3) to a person under the influence of alcohol, or (4) which causes or contributes to the intoxication of any person;

(e) to any obligation for which the **Insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(f) to any obligation for which the **Insured** may be held liable in an action on a contract by a third party beneficiary for **bodily injury** or **property damage** arising out of a project for a public authority; but this exclusion does not apply to an action by the public authority or any other person or organization engaged in the project;

(g) to **property damage** to

   (1) property owned or occupied by or rented to the **Insured,**

   (2) property used by the **Insured,** or

   (3) property in the care, custody or control of the **Insured** or as to which the **Insured** is for any purpose exercising physical control;

(h) to **property damage** to premises alienated by the **Named Insured** arising out of such premises or any part thereof;

(Continued on reverse side)

USF&G/F&GIU
Casualty 35 (8-67)

**COVERAGE PART—CONTRACTUAL LIABILITY INSURANCE**
**(Blanket Coverage)**

MURPHY_00018198

(i)  to **bodily** injury or **property damage** resulting from the failure of the **Named Insured's products** or work completed by or for the **Named Insured** to perform the function or serve the purpose intended by the **Named Insured**, if such failure is due to a mistake or deficiency in any design, formula, plan, specifications, advertising material or printed instructions prepared or developed by any **Insured**; but this exclusion does not apply to **bodily** injury or **property damage** resulting from the active malfunctioning of such products or work;

(j)  to **property damage** to the **Named Insured's products** arising out of such products or any part of such products;

(k)  to **property damage** to work performed by or on behalf of the **Named Insured** arising out of the work or any portion thereof, or out of materials, parts or equipment furnished in connection therewith;

(l)  to **damages** claimed for the withdrawal, inspection, repair, replacement, or loss of use of the **Named Insured's products** or work completed by or for the **Named Insured** or of any property of which such products or work form a part, if such products, work or property are withdrawn from the market or from use because of any known or suspected defect or deficiency therein;

(m)  to **bodily** injury or **property damage** arising out of the loading or unloading of watercraft;

(n)  to liability of any railroad assumed by the **Insured**;

(o)  to **bodily** injury or **property damage**, included within the **completed operations hazard** or the **products hazard**, except to the extent that insurance is afforded for such **bodily** injury or **property damage** by the Comprehensive General Liability Insurance Coverage Part or Completed Operations and Products Liability Insurance Coverage Part forming a part of the policy;

(p)  to **property damage** included within (1) the **explosion hazard**, (2) the **collapse hazard**, or (3) the **underground property damage hazard**; except to the extent that insurance is afforded for such **property damage** by the Comprehensive General Liability Insurance Coverage Part or Manufacturers' and Contractors' Liability Insurance Coverage Part forming a part of the policy;

(q)  to liability assumed by the **Insured** under any contract or agreement with labor unions.

## II PERSONS INSURED

Each of the following is an **Insured** under this insurance to the extent set forth below:

(a)  if the **Named Insured** is designated in the declarations as an individual, the person so designated;

(b)  if the **Named Insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c)  if the **Named Insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

## III LIMITS OF LIABILITY

Regardless of the number of (1) **Insureds** under this policy, (2) persons or organizations who sustain **bodily** injury or **property damage**, or (3) claims made or **suits** brought on account of **bodily** injury or **property damage**, the Company's liability is limited as follows:

**Coverage YY**—The limit of **bodily** injury liability stated in the schedule as applicable to "each person" is the limit of the Company's liability for all **damages** because of **bodily** injury sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the Company for all **damages** because of **bodily** injury sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily** injury liability stated in the schedule as applicable to "each occurrence".

**Coverage ZZ**—The total liability of the Company for all **damages** because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the schedule as applicable to "each occurrence".

Subject to the above provision respecting "each occurrence", the total liability of the Company for all **damages** because of all **property damage** to which this coverage applies shall not exceed the limit of **property damage** liability stated in the schedule as "aggregate". Such aggregate limit of liability applies separately with respect to each project away from premises owned by or rented to the **Named Insured**.

For the purpose of determining the limit of the Company's liability, all **bodily** injury and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one occurrence.

## IV POLICY PERIOD; TERRITORY

This insurance applies only to **bodily** injury or **property damage** which occurs during the policy period within the **policy territory**.

## V ADDITIONAL DEFINITIONS

When used in reference to this insurance (including endorsements forming a part of the policy):

"**collapse hazard**" includes "structural property damage" as defined herein and **property damage** to any other property at any time resulting therefrom. "Structural property damage" means the collapse of or structural injury to any building or structure due to (1) grading of land, excavating, borrowing, filling, back-filling, tunnelling, pile driving, cofferdam work or caisson work or (2) moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support thereof. The **collapse hazard** does not include **property damage** (1) arising out of operations performed for the **Named Insured** by independent contractors, or (2) included within the **completed operations hazard** or the **underground property damage hazard**, or (3) for which liability is assumed by the **Insured** under an **incidental contract**;

"**contractual liability**" means liability of others expressly assumed under a written contract or agreement; provided, however, that **contractual liability** shall not be construed as including liability under a warranty of the fitness or quality of the **Named Insured's products** or a warranty that work performed by or on behalf of the **Named Insured** will be done in a workmanlike manner;

"**explosion hazard**" includes **property damage** arising out of blasting or explosion. The **explosion hazard** does not include **property damage** (1) arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment, or (2) arising out of operations performed for the **Named Insured** by independent contractors, or (3) included within the **completed operations hazard** or the **underground property damage hazard**, or (4) for which liability is assumed by the **Insured** under an **incidental contract**;

"**suit**" includes an arbitration proceeding to which the **Insured** is required to submit or to which the **Insured** has submitted with the Company's consent;

"**underground property damage hazard**" includes "underground property damage" as defined herein and **property damage** to any other property at any time resulting therefrom. "Underground property damage" means **property damage** to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus in connection therewith, beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, borrowing, filling, back-filling or pile driving. The **underground property damage hazard** does not include **property damage** (1) arising out of operations performed for the **Named Insured** by independent contractors, or (2) included within the **completed operations hazard**, or (3) for which liability is assumed by the **Insured** under an **incidental contract**.

## VI ADDITIONAL CONDITIONS

### A. Arbitration

The Company shall be entitled to exercise all of the **Insured's** rights in the choice of arbitrators and in the conduct of any arbitration proceeding.

### B. Premium Bases

When used as a premium basis:

1. the word "**cost**" means the total cost of all work in connection with all contracts to which this insurance applies with respect to which "**cost**" is the basis of premium, regardless of whether any liability is assumed under such contracts by the **Insured**. It includes the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the **Insured**, or others including all fees, allowances, bonuses or commissions made, paid or due. It shall not include the cost of any operations to which exclusions (m), (n) or (q) apply;

2. the word "**sales**" means the gross amount of money charged by the **Named Insured** or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the **Named Insured** and such others collect as a separate item and remit directly to a governmental division.

**USF&G/F&GIU**
Casualty 35 (8-67)

#2-A

**SUPPLEMENTARY SCHEDULE**
to

| | |
|---|---|
| ☐ | COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART |
| ☐ | MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART |
| ☐ | COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART |
| ☒ | CONTRACTUAL LIABILITY INSURANCE (DESIGNATED CONTRACTS ONLY) COVERAGE PART |

(Blanket Coverage)

Forming a part of Policy
No. R1CC-271895

| Description of Hazards | | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12) | | | (a) Area (Sq. Ft.) | (a) Per 100 Sq. Ft. of Area | | | |
| (2) Elevators (PF 22) | | | (b) Frontage | (b) Per Linear Foot | | | |
| (3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32) | | | (c) Remuneration | (c) Per $100 of Remuneration | | | |
| | | | (d) Number | (d) Per Elevator | | | |
| (4) Completed Operations (PF 14) | | | (e) Cost | (e) Per $100 of Cost | | | |
| (5) Products (PF 14) | | | (f) Receipts | (f) Per $1000 of Receipts | | | |
| (6) Contractual (PF 32) | | | (g) Sales | (g) Per $1000 of Sales | | | |
| | | | (h) Number | (h) Per Contract | | | |
| | | | (i) No. of Tank Cars | (i) Per Tank Car | | | |

1. Agreement with City of Superior, Wisconsin, Dated 3-16-51

2. Agreement with Northern Pacific Railroad Co, Dated 3-16-51 No. 78595

3. Agreement with Northern Pacific Railroad Co. Dated 4-16-51 No. 43543

4. Agreement with Lake Superior & Ishpeming Railroad Co. Dated 5-24-60

5. Agreement with Great Northern Railroad Co. Dated 7-15-60 No. 66486

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Contractual Liability.#0521 | | | (h) 5 | S 3.245 | 1,608 | 16.00 | 8.00 |
| | | | | E 1.200 | .325 | 6.00 | 2.00 |

6. Tank Car Lease Agreements with:
   (1) North American Car Corporation

   (2) Union Tank Car Co.

   (3) General American Transportation Corp.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Contractual Liability.#0521 | | | | | | | |
| 1st. 100 Cars | | | (i) 87 | S .325 | .161 | 28.00 | 14.00 |
| | | | | E ,120 | .033 | 10,00 | 3.00 |
| Next 400 Cars | | | (i) If Any | S .162 | .080 | | |
| | | | | E ,060 | .016 | | |

USF&G/F&GIU
Casualty 22 (1-69)

SUPPLEMENTARY SCHEDULE

MURPHY_00018200

SUPPLEMENTARY SCHEDULE
to

#2-B

☐ COMPREHENSIVE GENERAL LIABILITY INSURANCE COVERAGE PART
☐ MANUFACTURERS' AND CONTRACTORS' LIABILITY INSURANCE COVERAGE PART
☐ OWNERS', LANDLORDS' AND TENANTS' LIABILITY INSURANCE COVERAGE PART

Forming a part of Policy

☐ COMPLETED OPERATIONS AND PRODUCTS LIABILITY INSURANCE COVERAGE PART

No. R1CC-271895☒ CONTRACTUAL LIABILITY INSURANCE ~~DESIGNATED CONTRACTS ONLY~~ (Blanket Coverage) COVERAGE PART

| Description of Hazards | Code No. | Premium Bases | Rates | | Advance Premiums | |
|---|---|---|---|---|---|---|
| The rating classifications below do not modify the exclusions or other terms of this insurance. | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| (1) Premises-Operations (PF 11 and/or 12) (2) Elevators (PF 22) (3) Independent Contractors or Structural Alterations, New Construction, Demolition (PF 32) (4) Completed Operations (PF 14) (5) Products (PF 14) (6) Contractual (PF 32) | | (a) Area (Sq. Ft.) (b) Frontage (c) Remuneration (d) Number (e) Cost (f) Receipts (g) Sales (h) Number | (a) Per 100 Sq. Ft. of Area (b) Per Linear Foot (c) Per $100 of Remuneration (d) Per Elevator (e) Per $100 of Cost (f) Per $1000 of Receipts (g) Per $1000 of Sales (h) Per Contract | | | |
| | | (1) No. of Tank Cars | (1) Per Tank CAr | | | |
| 7. Agreement between Named Insured and Chevron Oil Company as per agreement dated 10-2-67  Construction Agreements-- indemnification of owners (not railroads)--excluding maritime operations. Limited form contracts. . . . . . . . . . . .#0553 | | (e) To Be Determined | S .015 E .005 | .009 .001 | | |
| | | Totals | S E | 44.00 16.00 | 22.00 5.00 |

*Omit Next Year* (handwritten annotation)

COVERAGE PART: #3                    PERSONAL INJURY LIABILITY INSURANCE

Forming a part of Policy

No. R1CC-271895                                              Schedule

| Coverage | | Limits of Liability | Advance Premiums |
|---|---|---|---|
| P. Personal Injury Liability | | The Charge shall be 2.5% of the B.I. Comprehensive General Liability Insurance Premium. | |
| The insurance afforded is only with respect to **personal injury** arising out of an offense included within such of the following groups of offenses as are indicated by specific premium charge or charges. | | | |
| **Groups of Offenses** | | | |
| A. False Arrest, Detention or Imprisonment or Malicious Prosecution | ⎫ | $ **100** ,000 each person aggregate | $ To Be |
| B. Libel, Slander, Defamation or Violation of Right of Privacy | ⎬ | $ **500** ,000 general aggregate | $ Determined |
| C. Wrongful Entry or Eviction or Other Invasion of Right of Private Occupancy | ⎭ | | $ By Audit |

Insured's Participation          %          Minimum Premium $                    Total Advance Premium   $

Endorsement Nos.

---

## I COVERAGE P—PERSONAL INJURY LIABILITY

The Company will pay on behalf of the **Insured** all sums which the **Insured** shall become legally obligated to pay as **damages** because of injury (herein called "**personal injury**") sustained by any person or organization and arising out of one or more of the following offenses committed in the conduct of the **Named Insured's** business designated in the declarations:

Group A—false arrest, detention or imprisonment, or malicious prosecution;

Group B—the publication or utterance of a libel or slander or of other defamatory or disparaging material, or a publication or utterance in violation of an individual's right of privacy; except publications or utterances in the course of or related to advertising, broadcasting or telecasting activities conducted by or on behalf of the **Named Insured;**

Group C—wrongful entry or eviction, or other invasion of the right of private occupancy;

if such offense is committed during the policy period within the United States of America, its territories or possessions, or Canada, and the Company shall have the right and duty to defend any suit against the **Insured** seeking **damages** on account of such **personal injury** even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to liability assumed by the **Insured** under any contract or agreement;

(b) to **personal injury** arising out of the wilful violation of a penal statute or ordinance committed by or with the knowledge or consent of any **Insured;**

(c) to **personal injury** sustained by any person as a result of an offense directly or indirectly related to the employment of such person by the **Named Insured;**

(d) to **personal injury** arising out of any publication or utterance described in Group B, if the first injurious publication or utterance of the same or similar material by or on behalf of the **Named Insured** was made prior to the effective date of this insurance;

(e) to **personal injury** arising out of a publication or utterance described in Group B concerning any organization or business enterprise, or its products or services, made by or at the direction of any **Insured** with knowledge of the falsity thereof.

## II PERSONS INSURED

Each of the following is an **Insured** under this insurance to the extent set forth below:

(a) if the **Named Insured** is designated in the declarations as an individual, the person so designated;

(b) if the **Named Insured** is designated in the declarations as a partnership or joint venture, the partnership or joint venture so designated and any partner or member thereof but only with respect to his liability as such;

(c) if the **Named Insured** is designated in the declarations as other than an individual, partnership or joint venture, the organization so designated and any executive officer, director or stockholder thereof while acting within the scope of his duties as such.

This insurance does not apply to **personal injury** arising out of the conduct of any partnership or joint venture of which the **Insured** is a partner or member and which is not designated in this policy as a **Named Insured.**

## III LIMITS OF LIABILITY; INSURED'S PARTICIPATION

Regardless of the number of (1) **Insureds** under this policy, (2) persons or organizations who sustain **personal injury**, or (3) claims made or suits brought on account of **personal injury**, the total liability of the Company for all **damages** because of all **personal injury** to which this coverage applies, sustained by any one person or organization, shall not exceed the limit of **personal injury** liability stated in the schedule as "each person aggregate".

Subject to the above provision respecting "each person aggregate", the total limit of the Company's liability under this coverage for all **damages** shall not exceed the limit of **personal injury** liability stated in the schedule as "general aggregate".

If a participation percentage is stated in the schedule for the **Insured**, the Company shall not be liable for a greater proportion of any loss than the difference between such percentage and one hundred percent and the balance of the loss shall be borne by the **Insured**; provided, the Company may pay the **Insured's** portion of a loss to effect settlement of the loss, and, upon notification of the action taken, the **Named Insured** shall promptly reimburse the Company therefor.

## IV AMENDED DEFINITION

When used in reference to this insurance:

"**damages**" means only those damages which are payable because of **personal injury** arising out of an offense to which this insurance applies.

---

USF&G/F&GIU
Casualty 43 (2-67)

COVERAGE PART—PERSONAL INJURY LIABILITY INSURANCE

MURPHY_00018202

**COVERAGE PART:** #4    **EMPLOYEE BENEFITS LIABILITY INSURANCE**

Forming a part of Policy

No.  R1CC-271895

### Schedule

| Coverage (P.F. 72) | Limits of Liability | Premium Basis Estimated No. of Employees | Rates Each Employee | | Premium |
|---|---|---|---|---|---|
| Employee Benefits Liability | $ 100,000 each claim | See Schedule | $ First 5,000 | | S 162.00 MP |
| Class Code 9001 | subject to the $1,000 deductible | on End. #4-A | $ Next 5,000 | | E 60.00 MP |
| | $ 500,000 aggregate | Attached | Over 10,000 | | |
| | | | | Total | $ 222.00 |

Endorsement Nos.                                     Minimum Premium Per Annum $ S 162.00 / E 60.00

## I COVERAGE—EMPLOYEE BENEFITS LIABILITY

The Company will pay on behalf of the **Insured** all sums which the **Insured** shall become legally obligated to pay as **damages** on account of any claim made against the **Insured** by any employee, former employee or the beneficiaries or legal representatives thereof for injury caused by any negligent act, error or omission of the **Insured**, or any other person for whose acts the **Insured** is legally liable, in the **administration of Employee Benefits** as defined herein, and the Company shall have the right and duty to defend any suit against the **Insured** seeking such **damages**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and, with the written consent of the **Insured**, such settlement of any claim or suit as it deems expedient, but the Company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the Company's liability has been exhausted by payment of judgments or settlements.

### Exclusions

This insurance does not apply:

(a) to any dishonest, fraudulent, criminal or malicious act, libel, slander, discrimination, or humiliation;

(b) to **bodily injury**, death, care and loss of services or to **property damage**, including the loss of use of property;

(c) to any claim for failure of performance of contract by any Insurer;

(d) to any claim based upon the **Named Insured's** failure to comply with any law concerning workmen's compensation, unemployment insurance, social security or disability benefits;

(e) to any claim based upon failure of stock to perform as represented by an **Insured**;

(f) to any claim based upon advice given by an **Insured** to participate or not to participate in stock subscription plans.

## II PERSONS INSURED

Each of the following is an **Insured** under this insurance to the extent set forth below:

(a) the **Named Insured**;

(b) if the **Named Insured** is designated in the declarations as a partnership, any partner or member thereof, but only with respect to his liability as such;

(c) if the **Named Insured** is designated in the declarations as other than an individual or partnership, any executive officer, stockholder or member of the board of trustees, directors or governors of the **Named Insured** while acting within the scope of his duties as such;

(d) any employee of the **Named Insured** provided such employee is authorized to act in the **administration of Employee Benefits** as defined herein.

## III LIMITS OF LIABILITY

Regardless of the number of **Insureds** under this insurance the Company's liability is limited as follows:

The limit of liability stated in the schedule as applicable to "each claim" is the limit of the Company's liability for all **damages** because of any claim covered hereunder. The limit of liability stated in the schedule as "aggregate" is, subject to the above provision respecting "each claim", the total limit of the Company's liability for all **damages** because of all claims covered hereunder.

$1,000 shall be deducted from the amount of each claim covered hereunder and the Company shall be liable for loss only in excess of that amount.

## IV POLICY PERIOD; TERRITORY

This insurance applies only to claims brought against the **Insured** within the territory described in paragraph (1) of the definition of **"policy territory"**, resulting from

(a) Negligent acts, errors or omissions which occur during the policy period and, concerning which, the **Insured** has given written notice to the Company within this policy period in accordance with Amended Condition 4, or

(b) Negligent acts, errors or omissions which have occurred prior to the policy period but then only if, during the policy period, the **Insured** first has knowledge of or can reasonably foresee any circumstances which might result in a claim or suit and has given written notice thereof to the Company in accordance with Amended Condition 4.

## V AMENDED DEFINITION

When used in reference to this insurance

"**damages**" means all damages which are payable because of injury to which this insurance applies.

## VI ADDITIONAL DEFINITIONS

When used in reference to this insurance

"**Employee Benefits**" means group life insurance, group accident and health insurance, profit sharing plans, pension plans, employee stock subscription plans, workmen's compensation, unemployment insurance, social security, disability benefits insurance and travel, savings, or vacation plans.

"**Administration**" means:

(a) Giving counsel to employees with respect to the **Employee Benefits**;

(b) Interpreting **Employee Benefits**;

(c) Handling of records in connection with **Employee Benefits**;

(d) Effecting enrollment, termination or cancelation of employees under **Employee Benefits**;

performed by a person authorized by the **Named Insured** to do such acts.

## VII AMENDED CONDITIONS

When used in reference to this insurance the Conditions are amended as follows:

**Condition 1 Premium** The premium stated in the schedule is an estimated premium only. Upon termination of each annual period covered by this insurance, the **Insured**, on request, will furnish the Company a statement of the total number of employees at the end of the period and the earned premium shall be computed in accordance with rates set forth in the schedule. If the earned premium thus computed exceeds the estimated advance premium paid, the **Insured** shall pay the excess to the Company; if less, the Company shall return to the **Insured** the unearned portion paid by such **Insured** subject to the Minimum Premium for this insurance stated in the schedule.

**Condition 4(a) Insured's Duties in the Event of Occurrence, Claim or Suit**

(a) Irrespective of the application of the deductible amount, upon the **Insured** becoming aware of any alleged injury to which this insurance applies, written notice containing particulars sufficient to identify the **Insured** and also reasonably obtainable information with respect to the time, place and circumstances thereof, shall be given by or for the **Insured** to the Company or any of its authorized agents as soon as practicable.

**Condition 10 Three Year Policy.** If this policy is issued for a period of three years:

(a) The policy period is comprised of three consecutive annual periods;

(b) The rates are subject to amendment for the second and third annual periods, in accordance with the Company's rules and rating plans. Amended rates shall be stated by endorsement issued to form a part of this policy;

(c) The **Insured** shall notify the Company, as of the start of each annual period, of any change in the number of employees as stated in the schedule, and computation and adjustment of earned premium shall be made accordingly;

(d) The aggregate limit of liability shall apply separately to each annual period.

## VIII ADDITIONAL CONDITION

**First Aid Exclusion** The Insurance shall not apply to expenses incurred by the **Insured** for first aid at the time of an accident and the "Supplementary Payments" provision and the "Insured's Duties in the Event of Occurrence, Claim or Suit" Condition are amended accordingly.

**COVERAGE PART—EMPLOYEE BENEFITS LIABILITY INSURANCE**

USF&G/F&GIU
Casualty 73 (10-67)

DO NOT TYPE ABOVE THIS LINE

Schedule #4-A

| Premium Basis<br>Estimated No. of Employees | Rates<br>Per Employee | Premium |
|---|---|---|
| 2,088 | First 5,000<br>S .039<br>E .014 | S $162.00<br>E   60.00<br>Minimum Premiums |
|  | Next  5,000<br>S .029<br>E .011 |  |
|  | Over 10,000<br>S .019<br>E .007 |  |
|  | Total | $222.00 |

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|
| 4-A |  |  |  |  |  |  |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X. Phelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
INSURANCE AGENCY

President

Countersigned by......................................................................
Authorized Representative

General 166 (8/69)

MURPHY_00018204

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to
**Comprehensive General Liability Insurance—Contractual Liability Insurance— Manufacturers' and Contractors'
Liability Insurance—Owners', Landlords' and Tenants' Liability Insurance—Owners' and Contractors' Protective
Liability Insurance—Completed Operations and Products Liability Insurance**

## EXCLUSION
### (Saline Substances Contamination—Texas)

It is agreed that with respect to operations performed by or on behalf of the **Named Insured** and described in this endorsement:

1. The insurance does not apply to **property damage** included within the **saline substances contamination hazard**;

2. **"Saline substances contamination hazard"** includes **property damage** to any of the following wherever located:

   (a) oil, gas, water or other mineral substances, if the **property damage** is caused directly or indirectly by a saline substance;

   (b) any other property, if the **property damage** results from the **property damage** described in subdivision (a) of this hazard.

**Description of Operations:**

Gas Lease Operators—natural gas
Gas Lease Work
Gasoline Recovery—from casing head or natural gas
Oil Lease Work
Oil or Gas Well Shooting
Oil or Gas Wells—cleaning or swabbing by contractors
Oil or Gas Wells—drilling or redrilling, installation or recovery of casing
Oil Lease Operators

---

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 5 | End. Effective Date | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|
| | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William R. Phelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY

President

Countersigned by ...........................................................
Authorized Representative

Casualty G322 (10-66)

MURPHY_00018205

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to
**Comprehensive General Liability Insurance—Completed Operations and Products Liability Insurance—
Contractual Liability Insurance—Manufacturers' and Contractors' Liability Insurance—Owners', Landlords' and
Tenants' Liability Insurance—Owners' and Contractors' Protective Liability Insurance**

## EXCLUSION
### (Underground Resources and Equipment)

It is agreed that with respect to operations performed by or on behalf of the **Named Insured** and described in this endorsement:

1. The insurance does not apply to

   (a) **property damage** included within the **underground resources and equipment hazard;**

   (b) the cost of reducing any property included within the **underground resources and equipment hazard** to physical possession above the surface of the earth, or to the expense incurred or rendered necessary to prevent or minimize **property damage** to other property resulting from acts or omissions causing **property damage** included within the **underground resources and equipment hazard.**

2. **"Underground resources and equipment hazard"** includes **property damage** to any of the following:

   (a) oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth;

   (b) any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

   (c) any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or hole.

**Description of Operations:**

Gas Lease Operators—natural gas

Gasoline Recovery—from casing head or natural gas

Oil or Gas Well Shooting

Oil or Gas Wells—cleaning or swabbing—by contractors

Oil or Gas Wells—drilling or redrilling, installation or recovery of casing

Oil Lease Operators

---

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|
| 6 | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William L. Peelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY

President

Countersigned by ..................................................................................
Authorized Representative

Casualty G325 (10-66)

MURPHY_00018206

This endorsement modifies such insurance as is afforded by
the provisions of the policy relating to

Comprehensive General Liability Insurance
Manufacturers' and Contractors' Liability Insurance

OIL OR GAS OPERATIONS - NON-OPERATING INTERESTS

It is agreed that such insurance as is afforded by the Bodily Injury Liability
Coverage and Property Damage Liability Coverage applies, subject to the
following provisions:

1. The insurance applies only to the <u>Named Insured</u>.

2. The insurance applies only to the <u>Named Insured</u>'s non-operating working
interest in oil or gas operations, whether the <u>Named Insured</u> be owner,
co-owner, joint venturer or mining partner.

3. The insurance does not apply to any oil or gas operations in which the
<u>Named Insured</u> is "Operator" for his own account, or for the account of or
in behalf of others.

4. The insurance shall be excess insurance over any other valid and collec-
tible insurance available to the <u>Named Insured</u>.

5. The premium rates are the amounts indicated below:

| Premises--Operations | Premium Basis | Premiums Rates B.I. | P.D. | Minimum Premium B.I. | P.D. |
|---|---|---|---|---|---|
| Non-Operating Working Interest in Oil or Gas Operations. .#0301B | Flat Charge S | $75.00 | $82.00 | $75.00 | $82.00 |
| | E | $25.00 | $18.00 | $25.00 | $18.00 |
| | | | | | (Included) |

The premium for non-operating working interests in oil or gas lease shall be
computed on a "per Well" basis at the rates per well shown. The earned premium
shall be determined by applying the rates per well.

(Continued on End. #7-B)

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|
| 7-A | | | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Peelan*
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

*[signature]*
President

UNITED INSURANCE AGENCY

Countersigned by _____
Authorized Representative

General 170   (2-68)

MURPHY_00018207

(Continued from End. #7-A)

1. To the number of wells in which the Named Insured participates during the term of this policy, whether or not a well is "made" or there is a "dry hole".

2. To the number of wells previously "made" (whether during the term of this policy of prior thereto) in which the Named Insured participates, which are being operated for the account of all parties at interest by others than the Named Insured.

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|--------------------|-----|------|-------------|---------------|---------------|
| 7-B      |                    |     |      |             |               |               |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William L. Phelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

President

Countersigned by.................................................................
Authorized Representative

General 170   (2-68)

It is agreed that "Standard Premiums" and "Excess Premiums" appearing in this policy are defined as follows:

"Standard Premiums" and "Excess Premiums" are based on the following Limits of Liability:

|  | Standard Premiums | Excess Premiums | |
|---|---|---|---|
| Coverage "A" | $10,000.00 | $90,000.00 | each person |
|  | 10,000.00 | 490,000.00 | each occurrence |
|  | 10,000.00 | 490,000.00 | aggregate |
| Coverage "B" | $10,000.00 | $ 90,000.00 | each occurrence |
|  | 25,000.00 | 75,000.00 | aggregate |

The Limits of Liability based on "Excess Premiums" shall be excess over the limits of liability based on "Standard Premiums".

---

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 8 | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Peelau*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY

President

Countersigned by........................................
Authorized Representative

General 170 (2-68)

MURPHY_00018209

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to
**Comprehensive General Liability Insurance—Manufacturers' and Contractors' Liability Insurance—**
**Owners', Landlords' and Tenants' Liability Insurance—Storekeeper's Liability Insurance**

## ADDITIONAL INSURED
(Premises Leased to the Named Insured)

It is agreed that the "Persons Insured" provision is amended to include as an **Insured** the person or organization designated below, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises designated below leased to the **Named Insured**, and subject to the following additional exclusions:

The insurance does not apply:

1. to any **occurrence** which takes place after the **Named Insured** ceases to be a tenant in said premises;

2. to structural alterations, new construction or demolition operations performed by or on behalf of the person or organization designated below.

### SCHEDULE

| Designation of Premises (Part Leased to Named Insured) | Name of Person or Organization (Additional Insured) | Bodily Injury Liability | Property Damage Liability |
|---|---|---|---|
| Various Service Station Locations | Lessors | To Be Determined by Audit | |
| Portion Section 90 Township 14 South, Range 3 East Vermilion Parish, Louisiana | Intracoastal City Terminal, Inc. P. O. Box 51426 Oil Center Station Lafayette, Louisiana | To Be Determined By Audit | |
| Part of Section 30 Township 29 South, Range 19 East, Hillsborough County, Florida | Hillsborough County Port Authority C/O Hookers Point Shipyard Tampa, Florida | To Be Determined By Audit | |

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 9 | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William L Heelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY

President

Countersigned by.................................................
Authorized Representative

Casualty G109 (10-66)

MURPHY_00018210

This endorsement modifies such insurance as is afforded by
the provisions of the policy relating to

Comprehensive General Liability Insurance
Manufacturers' and Contractors' Liability Insurance
Owners', Landlords' and Tenants' Liability Insurance
Storekeeper's Liability Insurance

G111                        ADDITIONAL INSURED
        (State or Political Subdivisions - Permits Relating to Premises)

It is agreed that the "Persons Insured" provision includes as an
Insured any state or political subdivision designated in the schedule
below, subject to the following additional provisions:

1.  The insurance for any such Insured applies only with respect to such of
    the following hazards for which the state or political subdivision has
    issued a permit in connection with premises owned by, rented to or
    controlled by the Named Insured and to which the Bodily Injury Liability
    coverage applies:

    (a) the existence, maintenance, repair, construction, erection or
        removal of advertising signs, awnings, canopies, cellar
        entrances, coal holes, driveways, manholes, marquees, hoist-
        way openings, sidewalk vaults, street banners or decorations
        and similar exposures;

    (b) the construction, erection or removal of elevators;

    (c) the ownership, maintenance or use of any elevators covered by
        the policy.

2.  If Property Damage Liability Coverage is not otherwise afforded, such
    insurance shall nevertheless apply with respect to operations performed
    by or on behalf of the Named Insured in connection with the hazard for
    which the permit has been issued subject to the limits of liability
    stated herein.

(Continued on End. #10-B)

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|---------------------|-----|------|-------------|---------------|---------------|
| 10-A |  |  |  |  |  |  |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

William X Peelan
        Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
UNITED INSURANCE AGENCY,

                                                        President

Countersigned by...........................................................
                        Authorized Representative

General 170  (2-68)

MURPHY_00018211

(Continued from End. #10-A)

SCHEDULE

Designation of State or Political Subdivision:    Various

Limits of Liability – As required Subject to a Maximum of:

|                          |              |                |
|--------------------------|--------------|----------------|
| Bodily Injury Liability  | $100,000.00  | each person    |
|                          | 500,000.00   | each occurrence|
| Property Damage Liability| $100,000.00  | each occurrence|
|                          | 100,000.00   | aggregate      |

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|--------------------|-----|------|-------------|---------------|---------------|
| 10–B     |                    |     |      |             |               |               |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Feelan*
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
UNITED INSURANCE AGENCY

*[signature]*
President

Countersigned by............*[signature]*............
Authorized Representative

General 170   (2-68)   ⊙

MURPHY_00018212

It is understood and agreed that coverage is provided under this policy for the contract between Murphy Oil Corporation and Southern Facilities, Inc. subject to the following provisions:

(a) It is agreed that such coverage as is provided by this policy for liability arising out of operations of Southern Facilities, Inc., shall be excess over any valid and collectible insurance available to the Insured.

(b) It is further agreed that the company waives any right of subrogration acquired against Continental Oil Company, Tenneco Corporation & Southern Facilities, Inc., by reason of any payment under the policy; except that such waiver shall not extend to losses caused by acts of the contract with Murphy Oil Corporation or with other operations of the insured not a part of but not susceptible of separation from the operations performed under such contract.

It is agreed that the premium charge for this endorsement shall be:

|  |  | Coverage A | Coverage B |
|---|---|---|---|
| Open States Locations | S | $ 64.00 | $ 64.00 |
|  | E | 20.00 | 13.00 |
| North Carolina Locations | S | 28.00 | 29.00 |
|  | E | 10.00 | 7.00 |
| Virginia Locations | S | 26.00 | 27.00 |
|  | E | 10.00 | 6.00 |
| Totals | S | $118.00 | $120.00 |
|  | E | 40.00 | 26.00 |

(Included on Schedule #1-H of Coverage Part #1)

---

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|
| 11 |  |  |  |  |  |  |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Feelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY.

President

Countersigned by ............................................
Authorized Representative

General 170   (2-68)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to
**Comprehensive General Liability Insurance—Completed Operations and Products Liability Insurance—
Contractual Liability Insurance—Manufacturers' and Contractors' Liability Insurance—Owners', Landlords' and
Tenants' Liability Insurance—Owners' and Contractors' Protective Liability Insurance**

## UNDERGROUND RESOURCES AND EQUIPMENT COVERAGE

It is agreed that the following additional provisions apply with respect to **property damage** included within the **underground resources and equipment hazard**
arising out of the operations performed by or on behalf of the **Named Insured** and described in this endorsement:

**Limits of Liability**

With respect to **property damage** included within the **underground resources and equipment hazard** the limits of liability provisions stated elsewhere in the
policy are replaced by the following:

The total liability of the Company for all **damages** because of all **property damage** included within the **underground resources and equipment hazard** and
arising out of operations in connection with any one well shall not exceed the limit of liability stated below as "aggregate".

**Exclusions**

This insurance does not apply:

(a) to any cost or expense incurred by or at the request of the **Named Insured or any co-owner of the working interest** in connection with controlling or
bringing under control oil, gas or water well;

(b) to **damages** claimed by any **co-owner of the working interest.**

**Definitions**

**"underground resources and equipment hazard"** includes **property damage** to any of the following:

(a) oil, gas, water or other mineral substances which have not been reduced to physical possession above the surface of the earth;

(b) any well, hole, formation, strata or area in or through which exploration for or production of any substance is carried on;

(c) any casing, pipe, bit, tool, pump or other drilling or well servicing machinery or equipment located beneath the surface of the earth in any such well or
hole.

**"co-owner of the working interest"** means any person or organization who is, with the **Named Insured,** a co-owner, joint venturer or mining partner in mineral
properties who participates in the operating expense of such properties or who has the right to participate in the control, development or operation of such
properties.

**Agreement in Connection with Blow-outs or Cratering of Wells**

Upon the **occurrence** of a blow-out or cratering of any oil, gas or water well resulting from or in connection with operations performed by or on behalf of the
**Named Insured,** the **Named Insured** hereby agrees that he will, at his own cost and expense, use due and reasonable diligence to take all such prompt and
immediate steps for the purpose of controlling or bringing under control such well as shall be required of him by regulation, order or directive of public author-
ities having jurisdiction in the matter, unless such regulation, order or directive is being complied with by others.

For failure or delay of the **Named Insured** to comply with the obligations of this agreement, the Company shall not be liable for any **property damage** included
within the **underground resources or equipment hazard** resulting from the blow-out or cratering of any such well.

**Description of Operations:**

Gas Lease Operators—natural gas

Gasoline Recovery—from casing head or natural gas

Oil Lease Operators

Oil or Gas Well Shooting

Oil or Gas Wells—cleaning or swabbing—by contractors

Oil or Gas Wells—drilling or redrilling, installation or recovery of casing

Limit of Liability $ **100,000.00** aggregate

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|
| 12 | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William L. Peelan*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
~~UNITED INSURANCE COMPANY~~

President

Countersigned by....................................................
Authorized Representative

Casualty G214 (10-66)

MURPHY_00018214

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to
**Comprehensive General Liability Insurance—Manufacturers' and Contractors' Liability Insurance**

### EXCLUSION
### (All Hazards in Connection with Designated Premises)

It is agreed that the insurance does not apply to **bodily injury** or **property damage** arising out of

(a) the ownership, maintenance or use of the premises designated in this endorsement or of any property located thereon;

(b) operations on such premises or elsewhere which are necessary or incidental to the ownership, maintenance or use of such premises; or

(c) goods or products manufactured at or distributed from such premises.

**Description and Location of Premises:**      Hangar Building
                                              Goodwin Field
                                              El Dorado, Arkansas

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 13 | End. Effective Date | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|
| | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

William L. Phelan
_Secretary_

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**
UNITED INSURANCE AGENCY

_President_

Countersigned by ........................................................................
                              Authorized Representative

Casualty G301 (10-66)

MURPHY_00018215

DO NOT TYPE ABOVE THIS LINE

It is understood that in some instances the Insured will undertake operations or leases which they jointly own with others. It is agreed that in such cases such insurance as is provided by this policy is extended to the co-owners of these leases as additional insureds, but only as respects operations performed for them by the Insured.

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|---------------------|-----|------|-------------|---------------|---------------|
| 14 | | | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Feelau*
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

President

UNITED INSURANCE AGENCY

Countersigned by ............................................................................
Authorized Representative

General 166 (8/69)

MURPHY_00018216

DO NOT TYPE ABOVE THIS LINE

It is understood and agreed that Exclusion (c) of
Coverage Part #3, Personal Injury Liability, is eliminated.

The Premium Charge for the elimination of this exclusion
shall be 50% of the Personal Injury Premium otherwise determined.

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 15 | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

_William X Phelan_
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

President

UNITED INSURANCE AGENCY

Countersigned by......................................................
Authorized Representative

General 166 (8/69)

MURPHY_00018217

—————————— DO NOT TYPE ABOVE THIS LINE ——————————

This endorsement modifies such insurance as is afforded by
the provisions of the policy relating to

Comprehensive General Liability Insurance

It is agreed that Exclusion D on the Comprehensive General Liability
Insurance Coverage Part shall not apply with respect to vessels with a
gross tonnage not in excess of 2,000 tons.

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|--------------------|-----|------|-------------|---------------|---------------|
| 16 | | | | | | |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Freelau*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
**FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.**

President

Countersigned by........................................
Authorized Representative

General 166 (8/69)

MURPHY_00018218

In consideration of a B.I. premium of $11.00 (Included) and a P.D. Premium of $4.00 (Included), it is agreed that:

The Company waives any right of subrogation against Cummings and White-Spunner, Inc.*by reason of any payment under this policy:  except that such waiver shall not extend to losses caused by acts of Cummings and White-Spunner, Inc., which are not connected with the lease of premises between the Named Insured and Cummings and White-Spunner, Inc., or with other operations of this Insured not a part of, but not susceptible of separation from operations performed in connection with such lease operations.

* Cummings and White-Spunner, Inc., the Management corporation for:

       Blacksher White-Spunner
       Peggy White-Spunner
       Marl M. Cummings, Jr.
       Eleanor P. Cummings.
       W. B. Hand
       Allison Hand
       Paul W. Brock
       Louise Brock
       V. G. Johnston, Jr.
       Sara C. Johnston

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. 17 | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X Freelan*
      Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
UNITED INSURANCE AGENCY.

President

Countersigned by.......*Robert M. Brown*
              Authorized Representative

General 170   (2-68)

MURPHY_00018219

## RETROSPECTIVE PREMIUM ENDORSEMENT
## SHORT FORM

It is agreed that the premium for the policy shall be computed in accordance with the provisions of the Retro-
spective Premium Endorsement forming a part of policy..........RJ 1261..........

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|---------------------|-----|------|-------------|---------------|---------------|
| 18 | | | | | | |

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

*Secretary*

*President*

UNITED INSURANCE AGENCY

Countersigned by........................................................................................
Authorized Representative

C & L 1641  (7-69)

MURPHY_00018220

―――――――――――――――――――――――DO NOT TYPE ABOVE THIS LINE―――――――――――――――――――――――

IN CONSIDERATION OF THE PREMIUM CHARGED (INCLUDED IN

RATES) FOR END. #12, CAS. G214, UNDERGROUND RESOURCES AND

EQUIPMENT COVERAGE, IT IS HEREBY UNDERSTOOD AND AGREED THAT

END. G325, EXCLUSION OF UNDERGROUND RESOURCES & EQUIPMENT, IS

HEREBY ELIMINATED IN ITS ENTIRETY.

EXP: 6-1-71

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|---------------------|-----|------|-------------|---------------|---------------|
| 19 | 6-1-70 | 1 | 39 | 2084 | R1CC-271895 | MURPHY OIL CORPORATION |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

_William L. Laclau_
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
UNITED INSURANCE AGENCY

_(signature)_
President

Countersigned by_____
Authorized Representative

General 166 (8/69)

MURPHY_00018221

DO NOT TYPE ABOVE THIS LINE

        IT IS HEREBY UNDERSTOOD AND AGREED THAT THE FOLLOWING
CONTRACT AS SHOWN ON SCHEDULE #2-B, CONTRACTUAL LIABILITY
INSURANCE COVERAGE PART, IS ELIMINATED:


    (7) AGREEMENT BETWEEN NAMED INSURED AND CHEVRON OIL
        COMPANY AS PER AGREEMENT DATED 10-2-67

        CONSTRUCTION AGREEMENTS--
            LIMITED FORM CONTRACTS. . . . . . . .#0553


    EXP. DATE:  6-1-71
        This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|---|---|---|---|---|---|---|
| 20 | 6-1-70 | 1 | 39 | 2084 | R1CC-271895 | MURPHY OIL CORPORATION |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

*William X. Peelon*
Secretary

**UNITED STATES FIDELITY AND GUARANTY COMPANY**
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

President

UNITED INSURANCE AGENCY

Countersigned by..................................................
                        Authorized Representative

General 166 (8/69)

In consideration of the premium to be determined by audit, it is hereby understood and agreed that all Texas General Liability rates are subject to the following experience modifications:

      22% Debit – Basic
      29% Credit– Excess

The following rates reflect the above Experience modification and apply in lieu of those shown on the policy:

Premises – Operations:

| Code | | Rates | |
|------|---|-------|------|
| | | B.I. | P.D. |
| 3437 | S | .394 | .195 |
| | E | .201 | .034 |
| 2475 | S | .217 | .195 |
| | E | .111 | .034 |
| 1321de | S | .299 | 1.058 |
| | E | .152 | .905 |

Independent Contractors

| Code | | | | Rates | |
|------|------|------|---|-------|------|
| | | | | B.I. | P.D. |
| 0512 | 1st. $500,000,00 | | S | .024 | .022 |
| | | | E | .007 | .032 |
| | Next $500,000,00 | | S | .012 | .016 |
| | | | E | .004 | .031 |
| | Over | $1,000,000.00 | S | .003 | .011 |
| | | | E | .001 | .031 |
| 0536 | 1st. $500,000,00 | | S | .024 | .022 |
| | | | E | .007 | .032 |
| | Next $500,000,00 | | S | .012 | .016 |
| | | | E | .004 | .031 |
| | Over | $1,000,000.00 | S | .003 | .011 |
| | | | E | .001 | .031 |

Exp.6-1-71      (Continued on End. #21-B)

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
|----------|---------------------|-----|------|-------------|---------------|---------------|
| 21-A | 6-1-70 | 1 | 39 | 2084 | R1CC-271895 | Murphy Oil Corporation |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

William X Feelan
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
UNITED INSURANCE AGENCY

President

Countersigned by...................................................
Authorized Representative

General 170  (2-68)

MURPHY_00018223

(Continued from End. #21-A)

Products - Completed Operations:

|  | | Rates | |
| Code | | B.I. | P.D. |
| --- | --- | --- | --- |
| 1127 | S | .048 | .096 |
|  | E | .015 | .032 |
| 5125s | S | .065 | .124 |
|  | E | .039 | .041 |

Exp.Date: 6-1-71

This endorsement, from its effective date, forms a part of the policy described below issued by the Company named therein.

| End. No. | End. Effective Date | Co. | B.O. | Agency Code | Policy Number | Named Insured |
| --- | --- | --- | --- | --- | --- | --- |
| 21-B | 6-1-70 | 1 | 39 | 2084 | R1CC-271895 | Murphy Oil Corporation |

(The spaces above are to be completed only if this endorsement is issued subsequent to the issuance of the policy.)

William X Feelan
Secretary

UNITED STATES FIDELITY AND GUARANTY COMPANY
FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.

President

Countersigned by......................................................
Authorized Representative

General 170   (2-68)

MURPHY_00018224

C. E. Niederer                 Trs. - E1D              September 10, 1970

Otis Burns                     Trs. - E1D
Truman Channel                 Cont. - E1D


                          Workmen's Compensation
                          & General Liability Rates

We have received notification that the Workmen's Compensation rate for the
State of Virginia was increased 2.5% effective July 1, 1970.  Following are
the new rates:

|            |                    |       | Gen. Liab. | | |
| Code | Classification | Comp. | B. I. | P.D. | Total |
|------|----------------|-------|-------|------|-------|
| 8742 | Salesmen | .165 | | | .165 |
| 8387-3437 | Gasoline Stations | 1.075 | .379 | .119 | 1.573 |

Also, the Workmen's Compensation rate for the State of Kentucky was increased
5.0% effective June 18, 1970.  Following are the new rates:

| | | | | | |
|------|----------------|-------|-------|------|-------|
| 8810 | Clerical | .562 | | | .562 |
| 8387-3437 | Gasoline Stations | 1.764 | .360 | .085 | 2.209 |
| 8742 | Salesmen | .270 | | | .270 |
| 8350-8350 | Oil or Gas Dealers | 2.730 | .551 | .601 | 3.882 |
| 8350 | Oil or Gas Dealers- Drivers | 2.730 | | | 2.730 |

We have also been notified of a change in the State of Texas General Liability
rates effective June 1, 1970 as follows:

| | | | | | |
|------|----------------|-------|-------|------|-------|
| 8810 | Clerical | .127 | | | .127 |
| 8605-2475 | Oil or Gas Geologists | .297 | .328 | .229 | .854 |
| 1321-1321 | Oil Lease Operations | 2.184 | .451 | 1.963 | 4.598 |
| 8387-3437 | Gasoline Stations | 3.477 | .595 | .229 | 4.301 |

Please make these changes on the payroll accruals.

CEN:mb

MURPHY_00018225

# UNITED STATES FIDELITY AND GUARANTY COMPANY
## FIDELITY AND GUARANTY INSURANCE UNDERWRITERS, INC.
### BALTIMORE, MARYLAND

### DESCRIPTION OF TERMS USED AS PREMIUM BASES

When used as a premium basis:

1. Comprehensive General; Owners', Landlords' and Tenants'—**"admissions"** means the total number of persons, other than employees of the Named Insured, admitted to the event insured or to events conducted on the premises whether on paid admission tickets, complimentary tickets or passes;

2. Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants'; Owners' and Contractors' Protective—**"cost"** means the total cost to the Named Insured with respect to operations performed for the Named Insured during the policy period by independent contractors of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or subcontractor, including all fees, allowances, bonuses or commissions made, paid or due;

3. Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants'; Completed Operations and Products—**"receipts"** means the gross amount of money charged by the Named Insured for such operations by the Named Insured or by others during the policy period as are rated on a receipts basis other than receipts from telecasting, broadcasting or motion pictures, and includes taxes, other than taxes which the Named Insured collects as a separate item and remits directly to a governmental division;

4. Comprehensive General; Manufacturers' and Contractors'; Owners', Landlords' and Tenants' which includes coverage for structural alterations, new construction and demolition operations—**"remuneration"** means the entire remuneration earned during the policy period by proprietors and by all employees of the Named Insured, other than chauffeurs (except operators of mobile equipment) and aircraft pilots and co-pilots, subject to any overtime earnings or limitation of remuneration rule applicable in accordance with the manuals in use by the Company;

5. Comprehensive General; Completed Operations and Products—**"sales"** means the gross amount of money charged by the Named Insured or by others trading under his name for all goods and products sold or distributed during the policy period and charged during the policy period for installation, servicing or repair, and includes taxes, other than taxes which the Named Insured and such others collect as a separate item and remit directly to a governmental division;

6. Garage Insurance—**"remuneration"** means (a) the entire remuneration earned during the policy period by each Class A employee and each Class C employee of the Named Insured, subject to an average weekly maximum of $100, and (b) the remuneration of each Class B person at a fixed amount of $2,000 per annum

   "Class A" means all clerical office employees

   "Class B" means all proprietors and officers active in the business, and inactive proprietors or officers (other than an inactive proprietor or officer who is a spouse of an active proprietor or officer) who customarily drive an automobile owned by the Named Insured; and all salesmen, general managers, service managers and chauffeurs

   "Class C" means all other employees;

7. Comprehensive Automobile Liability—

   A. **"cost of hire"** means the amount incurred for (a) the hire of automobiles, including the entire remuneration of each employee of the Named Insured engaged in the operation of such automobiles subject to an average weekly maximum remuneration of $100, and for (b) pick-up, transportation or delivery service of property or passengers, other than such services performed by motor carriers which are subject to the security requirements of any motor carrier law or ordinance. The rates for each $100 of "cost of hire" shall be 5% of the applicable hired automobile rates, provided the owner of such hired automobile has purchased automobile Bodily Injury Liability and Property Damage Liability insurance covering the interest of the Named Insured on a direct primary basis as respects such automobile and submits evidence of such insurance to the Named Insured.

   B. **"Class 1 persons"** means the following persons, provided their usual duties in the business of the Named Insured include the use of non-owned automobiles: (a) all employees, including officers, of the Named Insured compensated for the use of such automobiles by salary, commission, terms of employment, or specific operating allowances of any sort; (b) all direct agents and representatives of the Named Insured;

   C. **"Class 2 employees"** means all employees, including officers, of the Named Insured, not included in Class 1 persons;

8. Contractual Liability Insurance (Designated Contracts Only)—**"cost"** means the total cost to any indemnitee with respect to any contract which is insured of all work let or sub-let in connection with each specific project, including the cost of all labor, materials and equipment furnished, used or delivered for use in the execution of such work, whether furnished by the owner, contractor or the subcontractor, including all fees, allowances, bonuses or commissions made, paid or due.

MURPHY_00018226

The following form the policy:

**Policy Jacket** containing Definitions, Supplementary Payments, Conditions and the Nuclear Energy Liability Exclusion;

**Declarations** indicating coverage and limits of liability afforded;

**Coverage Parts** expressing coverage and limitations thereon;

**Endorsements,** if any.

# UNITED STATES FIDELITY AND GUARANTY COMPANY

(A stock insurance company, herein called the Company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the Named Insured as follows:

## DEFINITIONS

When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person;

"**completed operations hazard**" includes **bodily injury** and **property damage** arising out of operations or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned and occurs away from premises owned by or rented to the **Named Insured**. "Operations" include materials, parts or equipment furnished in connection therewith. Operations shall be deemed completed at the earliest of the following times:

(1) when all operations to be performed by or on behalf of the **Named Insured** under the contract have been completed,

(2) when all operations to be performed by or on behalf of the **Named Insured** at the site of the operations have been completed, or

(3) when the portion of the work out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

Operations which may require further service or maintenance work, or correction, repair or replacement because of any defect or deficiency, but which are otherwise complete, shall be deemed completed.

The **completed operations hazard** does not include **bodily injury** or **property damage** arising out of

(a) operations in connection with the transportation of property, unless the **bodily injury** or **property damage** arises out of a condition in or on a vehicle created by the loading or unloading thereof,

(b) the existence of tools, uninstalled equipment or abandoned or unused materials, or

(c) operations for which the classification stated in the policy or in the Company's manual specifies "including completed operations";

"**damages**" includes damages for death and for care and loss of services resulting from **bodily injury** and damages for loss of use of property resulting from **property damage**;

"**elevator**" means any hoisting or lowering device to connect floors or landings whether or not in service, and all appliances thereof including any car, platform, shaft, hoistway, stairway, runway, power equipment and machinery; but does not include an **automobile** servicing hoist, or a hoist without a platform outside a building if without mechanical power or if not attached to building walls, or a hod or material hoist used in alteration, construction or demolition operations, or an inclined conveyor used exclu-

road, (3) undertaking to indemnify a municipality required by municipal ordinance, except in connection with work for the municipality, (4) sidetrack agreement, or (5) elevator maintenance agreement;

"**Insured**" means any person or organization qualifying as an **Insured** in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **Insured** against whom claim is made or suit is brought, except with respect to the limits of the Company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto), whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **Named Insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"**Named Insured**" means the person or organization named in Item 1. of the declarations of this policy;

"**Named Insured's products**" means goods or products manufactured, sold, handled or distributed by the **Named Insured** or by others trading under his name, including any container thereof (other than a vehicle), but "**Named Insured's products**" shall not include a vending machine or any property other than such container, rented to or located for use of others but not sold;

"**occurrence**" means an accident, including injurious exposure to conditions, which results, during the policy period, in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **Insured**;

"**policy territory**" means:

(1) the United States of America, its territories or possessions, or Canada, or

(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation, or

(3) anywhere in the world with respect to **damages** because of **bodily injury** or **property damage** arising out of a product which was sold for use or consumption within the territory described in paragraph (1) above, provided the original suit for such **damages** is brought within such territory;

"**products hazard**" includes **bodily injury** and **property damage** arising out of the **Named Insured's products** or reliance upon a representation or warranty made at any time with respect thereto, but only if the **bodily injury** or **property damage** occurs away from prem-

sively for carrying property or a dumbwaiter used exclusively for carrying property and having a compartment height not exceeding four feet;

"**incidental contract**" means any written (1) lease of premises, (2) easement agreement, except in connection with construction or demolition operations on or adjacent to a rail-

ises owned by or rented to the **Named Insured** and after physical possession of such products has been relinquished to others;

"**property damage**" means injury to or destruction of tangible property.

MURPHY_00018227

## SUPPLEMENTARY PAYMENTS

The Company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the Company, all costs taxed against the **Insured** in any suit defended by the Company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the Company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the Company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of

liability of this policy, and the cost of bail bonds required of the **Insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the Company shall have no obligation to apply for or furnish any such bonds;

(c) expenses incurred by the **Insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;

(d) reasonable expenses incurred by the **Insured** at the Company's request, including actual loss of wages or salary (but not loss of other income) not to exceed $25 per day because of his attendance at hearings or trials at such request.

## CONDITIONS

**1. Premium** All premiums for this policy shall be computed in accordance with the Company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the **Named Insured**, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid the Company shall return to the **Named Insured** the unearned portion paid by the **Named Insured.**

The **Named Insured** shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the Company at the end of the policy period and at such times during the policy period as the Company may direct.

**2. Inspection and Audit** The Company shall be permitted but not obligated to inspect the **Named Insured's** property and operations at any time. Neither the Company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the **Named Insured** or others, to determine or warrant that such property or operations are safe.

The Company may examine and audit the **Named Insured's** books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for **bodily injury** liability or for **property damage** liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The **Insured** agrees to reimburse the Company for any payment made by the Company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit**

(a) In the event of an **occurrence**, written notice containing particulars sufficient to identify the **Insured** and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the **Insured** to the Company or any of its authorized agents as soon as practicable. The **Named Insured** shall promptly take at his expense all reasonable steps to prevent other **bodily injury** or **property damage** arising out of the same or similar conditions, but such expense shall not be recoverable under this policy.

(b) If claim is made or suit is brought against the **Insured**, the **Insured** shall immediately forward to the Company every demand, notice, summons or other process received by him or his representative.

(c) The **Insured** shall cooperate with the Company and, upon the Company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the **Insured** because of **bodily injury** or **property damage** with respect to which insurance is afforded under this policy; and the **Insured** shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The **Insured** shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company** No action shall lie against the Company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the **Insured's** obligation to pay shall have been finally determined either by judgment against the **Insured** after actual trial or by written agreement of the **Insured**, the claimant and the Company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the Company as a party to any action against the **Insured** to determine the **Insured's** liability, nor shall the Company be impleaded by the **Insured** or his legal representative. Bankruptcy or insolvency of the **Insured** or of the **Insured's** estate shall not relieve the Company of its obligations hereunder.

**6. Other Insurance** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the **Insured** has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the Company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the Company shall not be liable under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits.** If any of such other insurance does not provide for contribution by equal shares, the Company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation** In the event of any payment under this policy, the Company shall be subrogated to all the **Insured's** rights of recovery therefor against any person or organization and the **Insured** shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **Insured** shall do nothing after loss to prejudice such rights.

**8. Changes** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the Company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy signed by an authorized representative of the Company.

**9. Assignment** Assignment of interest under this policy shall not bind the Company until its consent is endorsed hereon; if, however, the **Named Insured** shall die, such insurance as is afforded by this policy shall apply (1) to the **Named Insured's** legal representative, as the **Named Insured**, but only while acting within the scope of his duties as such, and (2) with respect to the property of the **Named Insured**, to the person having proper temporary custody thereof, as **Insured**, but only until the appointment and qualification of the legal representative.

**10. Three Year Policy** If this policy is issued for a period of three years, the limits of the Company's liability shall apply separately to each consecutive annual period thereof.

**11. Cancelation** This policy may be canceled by the **Named Insured** by surrender thereof to the Company or any of its authorized agents or by mailing to the Company written notice stating when thereafter the cancelation shall be effective. This policy may be canceled by the Company by mailing to the **Named Insured** at the address shown in this policy, written notice stating when not less than ten days thereafter such cancelation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date of cancelation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the **Named Insured** or by the Company shall be equivalent to mailing.

If the **Named Insured** cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the Company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancelation is effected or as soon as practicable after cancelation becomes effective, but payment or tender of unearned premium is not a condition of cancelation.

**12. Declarations** By acceptance of this policy, the **Named Insured** agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the Company or any of its agents relating to this insurance.

# NUCLEAR ENERGY LIABILITY EXCLUSION
(Broad Form, applicable to all coverages except Comprehensive Personal, Farmer's Comprehensive Personal, and Family Automobile)

I. This policy does not apply:

A. Under any Liability Coverage, to **bodily injury** or **property damage**

    (1) with respect to which an **Insured** under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **Insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C. Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of **nuclear material**, if

    (1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **Insured** or (b) has been discharged or dispersed therefrom;

    (2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **Insured**; or

    (3) the **bodily injury** or **property damage** arises out of the furnishing by an **Insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

II. As used in this exclusion:

"**hazardous properties**" include radioactive, toxic or explosive properties;

"**nuclear material**" means **source material**, **special nuclear material** or **byproduct material**;

"**source material**", "**special nuclear material**", and "**byproduct material**" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"**spent fuel**" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor**;

"**waste**" means any waste material (1) containing **byproduct material** and (2) resulting from the operation by any person or organization of any **nuclear facility** included within the definition of **nuclear facility** under paragraph (a) or (b) thereof;

"**nuclear facility**" means

    (a) any **nuclear reactor**,

    (b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel**, or (3) handling, processing or packaging **waste**,

    (c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **Insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

    (d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste**,

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"**nuclear reactor**" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"**property damage**" includes all forms of radioactive contamination of property.

In Witness Whereof, UNITED STATES FIDELITY AND GUARANTY COMPANY has caused this policy to be signed by its President and its Secretary at Baltimore, Maryland, and countersigned by a duly authorized representative.

_William T. Phelan_
SECRETARY

_[signature]_
PRESIDENT

PRINTED IN U.S.A.

MURPHY_00018229

1971
0



# UNITED STATES
# FIDELITY AND GUARANTY
# COMPANY

*Baltimore, Maryland*

*issued by your UNITED STATES FIDELITY AND GUARANTY COMPANY agent*



