# Exhibit D

Message

| | |
|---|---|
| **From:** | Schlerf, Janis E [JSCHLERF@travelers.com] |
| **Sent:** | 4/26/2022 4:02:58 PM |
| **To:** | Meagher, Jeffrey J. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Pittsburgh/cn=Users/cn=meaghejj] |
| **CC:** | Birsic, Thomas E. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Recipients/cn=birsicte] |
| **Subject:** | RE: Murphy Oil: Montana Lawsuits |

**External Sender:**

Good afternoon,

Thank you for your letter of April 7, 2022 regarding the law firms and experts retained by Murphy Oil in connection with the Montana Lawsuits.

On April 11, 2022, we issued a check in the amount of $419,721.69, to Murphy Oil for reimbursement of post tender charges with respect to the invoices submitted with your October 20, 2021 letter pertaining to the Hydro Solutions, Chemistry Matters, and Lighthouse invoices. We are in the process of reviewing the law firm invoices and will be responding to your April 7, 2022 letter in the near future.

In the interim, please provide us with a comprehensive status of the litigation as well as budget of the matter.

USF&G continues to reserve all of its rights and defenses. We also reserve all rights with respect to the reasonableness and necessity of the law firm invoices, including, without limitation, staffing and billing rates. Neither this correspondence nor any future correspondence should be deemed as a waiver of any rights and defenses nor as an admission of coverage.

Thank you,
Janis Schlerf

**Janis E. Schlerf | Senior Account Executive | Strategic Resolution Group**
Travelers
111 Schilling Road
Hunt Valley, Maryland 21031
W:443.353.2220  F: 443.353.1140



---

**From:** Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Sent:** Thursday, April 7, 2022 4:49 PM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>
**Cc:** Birsic, Thomas E. <Thomas.Birsic@klgates.com>
**Subject:** [External] Murphy Oil: Montana Lawsuits

> **CAUTION: This email came from outside of Travelers.**
> Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is prvs=0896f55cd=Jeffrey.Meagher@klgates.com.

Ms. Schlerf:

At Tom Birsic's request, please see the attached letter.

Jeff



**Jeffrey J. Meagher**
Partner
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Phone: 412-355-8359
Fax: 412-355-6501
jeffrey.meagher@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jeffrey.Meagher@klgates.com.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

MURPHY_00017232