# Exhibit G

Message

| | |
|---|---|
| From: | Schlerf, Janis E [JSCHLERF@travelers.com] |
| Sent: | 1/23/2023 7:05:40 PM |
| To: | Mike Jackson [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=439ab9907664405ea179e89b48133bda-Mike Jackso] |
| CC: | Downing, Tracy O [TODOWNIN@travelers.com]; Buckingham, Susan Lapadula [SBUCKING@travelers.com] |
| Subject: | RE: [EXTERNAL] Murphy Oil: Montana Lawsuits |
| Flag: | Follow up |

Good Afternoon Mike,

We are available to discuss. If your let me know availability on your end, I can check our calendars and circulate a number.

Thank,
Janis

**Janis E. Schlerf | Major Case Specialist | Strategic Resolution Group**
Travelers
PO Box 2902
Hartford, CT 06104-2902
W:443.353.2220  F: 443.353.1140

**TRAVELERS**

---

**From:** Mike Jackson <Mike_Jackson@murphyoilcorp.com>
**Sent:** Wednesday, January 18, 2023 3:25 PM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>
**Subject:** FW: [EXTERNAL] Murphy Oil: Montana Lawsuits

**CAUTION: This email came from outside of the company.**
Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is Mike_Jackson@murphyoilcorp.com.

Janis

At your convenience I'd like to talk to you about the Ballard arbitration award. As you can see the panel has deferred ruling on any specific sums due Murphy from Ballard.

We are putting together a plan to use this order to obtain funds from Ballard for both past costs and any future costs in the Montana litigation. We do not yet know a lot about their financial condition so are not sure how much we may collect, and are mindful to proceed carefully. I want to make sure that Murphy and Travelers coordinate any efforts regarding Ballard so as not to trip over and instead maximize any recovery from them.

Thanks
Mike

**From:** Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Sent:** Monday, January 16, 2023 9:21 AM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>
**Cc:** Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Downing, Tracy O <TODOWNIN@travelers.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; Mike Jackson <Mike_Jackson@murphyoilcorp.com>; Dale Smart

<Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>; John Nelson <john.nelson@foster.com>
**Subject:** [EXTERNAL] Murphy Oil: Montana Lawsuits

> CAUTION: This email originated from outside of Murphy Oil. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Schlerf:

Attached please find a recent order from the Murphy v. Ballard arbitration. As you will see, the Panel ruled that: (a) Plaintiffs' claims in Zimmerman and Lockman fall within Ballard's obligations to defend and indemnify Murphy under the Purchase and Sale Agreement; and (b) Ballard is in breach of its duty to defend Murphy, subject to Ballard's reservation of rights. Resolution of claims for the costs of Murphy's defense, however, are reserved for the final award.

Jeff

**K&L GATES**

**Jeffrey J. Meagher**
Partner
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222-2613
Phone: 412-355-8359
Fax: 412-355-6501
jeffrey.meagher@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jeffrey.Meagher@klgates.com.

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.