# **Exhibit H**



John J. Russell
Michael P. Heringer
Guy W. Rogers
Scott G. Gratton
Kelly J.C. Gallinger*
Jeffrey T. McAllister
Jon A. Wilson
Seth A. Cunningham
Shane A. MacIntyre
Adam M. Shaw
Christine M. Cole
Brett C. Jensen*

Catrina A. Clausen

Retired
Rockwood Brown
John Walker Ross
Margy Bonner

Of Counsel
Robert L. Sterup

*also licensed in North Dakota

315 N. 24th Street | PO Drawer 849 | Billings, Montana 59103-0849
Phone: 406.248.2611 | Fax: 406.248.3128

Robert L. Sterup
rsterup@brownfirm.com

April 4, 2022

*Via e-mail*

| Leonard H. Smith | John Ray Nelson |
| Crowley Fleck | Rylan Weythman |
| | Foster Garvey, P.C. |

Re:     **Murphy Oil Co. v. Ballard Petroleum Holdings, LLC, Montana Federal District Court No. CV-20-68-GF-BMM-JTJ/ No. 4:20-cv-0067-JTJ**

Dear Counsel:

Please be advised that Ballard Petroleum Holdings, LLC ("BPH") will assume defense of negligence claims made against Murphy Entities in the Lockman litigation effective April 4, 2022 under reservation of rights, subject to the following.

BPH reserves the right to seek recoupment of defense fees in the event it is determined BPH had no duty to defend the Murphy Entities, including but not limited to: (1) any duty to defend is relieved by Murphy's breaches of representations and warranties; (2) any duty to defend does not extend to claims attributable to the matters set forth in three Environmental Protection Agency Emergency Administrative Orders (EAO's) in effect as of Closing date listed under Section 4.1c (Emergency Administrative Order dated September 20,2001, First Amended Emergency Order dated October 3, 2001, and First Amended Emergency Administrative Order dated November 5, 1999) as well as that certain Settlement Agreement and General Release and Alternative Water System Agreement described under Section 1.1.d of the PSA.

Subject to the foregoing, BPH will pay defense fees for the Crowley Fleck Law Firm in defense of the Lockman Plaintiffs' negligence claims, with the Crowley Fleck Law Firm to take the lead on defense of the negligence

Brown Law Firm, P.C.
April 4, 2022
Page 2 of 2

claims subject to BPH control of the defense of the negligence claims consistent with Montana law. Fees of other firms or persons will be at Murphy Entities election and Murphy Entities expense.

Murphy Entities will coordinate defense of the Lockman Plaintiffs' negligence claims with BPH, including prompt disclosure of expert witnesses the Murphy Entities have retained for defense of the Lockman Plaintiffs' claims and research/evaluation for defense of the negligence claim.

In order to facilitate and coordinate successful defense of Lockman Plaintiffs' negligence claims BPH and the Murphy Entities shall enter into Joint Defense Agreement in the form attached hereto.

Your prompt response is requested.

.

Sincerely,

/s Robert L. Sterup

Robert L. Sterup

cc: Ballard Petroleum Holdings, LLC