# Exhibit K

Message

| | |
|---|---|
| **From:** | Mike Jackson [Mike_Jackson@murphyoilcorp.com] |
| **Sent:** | 7/12/2023 6:22:09 PM |
| **To:** | Meagher, Jeffrey J. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Pittsburgh/cn=Users/cn=meaghejj]; Schlerf, Janis E [JSCHLERF@travelers.com]; Birsic, Thomas E. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Recipients/cn=birsicte]; John Nelson [john.nelson@foster.com]; Buckingham, Susan Lapadula [SBUCKING@travelers.com] |
| **CC:** | Downing, Tracy O [TODOWNIN@travelers.com]; John Nelson [john.nelson@foster.com]; Dale Smart [Dale_Smart@murphyoilcorp.com]; Laura Pappenfus [Laura_Pappenfus@murphyoilcorp.com] |
| **Subject:** | RE: Murphy v. Ballard |
| **Attachments:** | [EXTERNAL] Ballard - Assumption of Defense / Reservation of Rights |

**External Sender:**

Attached is the first letter from Ballard regarding a conditional offer to defend Lockman.

---

**From:** Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Sent:** Wednesday, July 12, 2023 12:45 PM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>; Mike Jackson <Mike_Jackson@murphyoilcorp.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; John Nelson <john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** RE: Murphy v. Ballard

Here is the Ballard letter we discussed.

Jeff

---

**From:** Schlerf, Janis E <JSCHLERF@travelers.com>
**Sent:** Monday, July 10, 2023 12:26 PM
**To:** Mike Jackson <Mike_Jackson@murphyoilcorp.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; John Nelson <john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** RE: Murphy v. Ballard


I will send an invitation for 1:30 ET on Wedesday

**Janis E. Schlerf | Major Case Specialist | Strategic Resolution Group**
Travelers
PO Box 2902
Hartford, CT 06104-2902
W: 443.353.2220  F: 443.353.1140



---

**From:** Mike Jackson <Mike_Jackson@murphyoilcorp.com>
**Sent:** Monday, July 10, 2023 11:08 AM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; John Nelson

<john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** [External] RE: Murphy v. Ballard

Thanks

Either works for me but I have a hard stop at 5pm ET on Wednesday.

---

**From:** Schlerf, Janis E <JSCHLERF@travelers.com>
**Sent:** Monday, July 10, 2023 9:50 AM
**To:** Birsic, Thomas E. <Thomas.Birsic@klgates.com>; Mike Jackson <Mike_Jackson@murphyoilcorp.com>; John Nelson <john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** RE: Murphy v. Ballard

I checked our calendar and Tuesday doesn't appear to work.

Will Wednesday at 1:30 ET **or** 4:30 ET work?

**Janis E. Schlerf | Major Case Specialist | Strategic Resolution Group**
Travelers
PO Box 2902
Hartford, CT 06104-2902
W:443.353.2220  F: 443.353.1140

TRAVELERS

---

**From:** Birsic, Thomas E. <Thomas.Birsic@klgates.com>
**Sent:** Monday, July 10, 2023 10:09 AM
**To:** Mike Jackson <Mike_Jackson@murphyoilcorp.com>; John Nelson <john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; Schlerf, Janis E <JSCHLERF@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** [External] RE: Murphy v. Ballard

Same here as needed. Tuesday is better than Wednesday.



K&L GATES

**Thomas E. Birsic**
Partner
View Full BIO
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
Phone: 412 355-6538

Fax: 412 355-6501
thomas.birsic@klgates.com
www.klgates.com

---

**From:** Mike Jackson <Mike_Jackson@murphyoilcorp.com>
**Sent:** Friday, July 07, 2023 6:21 PM
**To:** John Nelson <john.nelson@foster.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; Schlerf, Janis E <JSCHLERF@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** Re: Murphy v. Ballard


I can be available too.  Thanks Mike.

Get Outlook for iOS

---

**From:** John Nelson <john.nelson@foster.com>
**Sent:** Friday, July 7, 2023 3:48:13 PM
**To:** Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Mike Jackson <Mike_Jackson@murphyoilcorp.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; Schlerf, Janis E <JSCHLERF@travelers.com>; John Nelson <john.nelson@foster.com>; Dale Smart <Dale_Smart@murphyoilcorp.com>; Laura Pappenfus <Laura_Pappenfus@murphyoilcorp.com>
**Subject:** RE: Murphy v. Ballard

Hi Susan, thank you for your response, I know it's late in the day there. I'll make time, let me know what works for you.
John

**John Nelson**
(He/him)
Foster Garvey PC
*Tel:* 509.777.1604
*Cell:* 509.230.6382
john.nelson@foster.com

---

**From:** Buckingham, Susan Lapadula <SBUCKING@travelers.com>
**Sent:** Friday, July 7, 2023 2:42 PM
**To:** John Nelson <john.nelson@foster.com>
**Cc:** Downing, Tracy O <TODOWNIN@travelers.com>; Schlerf, Janis E <JSCHLERF@travelers.com>
**Subject:** RE: Murphy v. Ballard

Hi John,

Thank you for forwarding this information.  Janis is out this week but will return next week.  We will likely want to touch base with you.  Do you have some availability for a call on Tuesday or Wednesday?

Sue Buckingham

Susan L. Buckingham | Executive Counsel| Claim Legal - SRG
Travelers
111 Schilling Road

Hunt Valley, Maryland 21031
W: 443-353-1855   F: 443-353-1112



---

**From:** John Nelson <john.nelson@foster.com>
**Sent:** Friday, July 7, 2023 3:11 PM
**To:** Schlerf, Janis E <JSCHLERF@travelers.com>; Buckingham, Susan Lapadula <SBUCKING@travelers.com>; Downing, Tracy O <TODOWNIN@travelers.com>
**Cc:** John Nelson <john.nelson@foster.com>; Rylan Weythman <rylan.weythman@foster.com>; Devra Cohen <devra.cohen@foster.com>; Mike Jackson <Mike_Jackson@murphyoilcorp.com>; 'Dale Smart' <Dale_Smart@murphyoilcorp.com>; 'Laura Pappenfus' <Laura_Pappenfus@murphyoilcorp.com>; Len Smith <lsmith@crowleyfleck.com>; Birsic, Thomas E. <Thomas.Birsic@klgates.com>; Meagher, Jeffrey J. <Jeffrey.Meagher@klgates.com>
**Subject:** [External] FW: Murphy v. Ballard

> **CAUTION: This email came from outside of the company.**
> **Please exercise caution when opening attachments, clicking links or responding to this email. The original sender of this email is** john.nelson@foster.com.

Janis, Susan and Tracy -- We were served today with the attached motion in the *Lockman v. Pioneer Natural Resources and Murphy Oil* case. In a nutshell, the motion argues that Ballard should not be required to indemnify Murphy for litigation costs and attorney fees for which Travelers has already partially reimbursed Murphy. We wanted to get you the motion and related papers as soon as possible so that Travelers can determine whether to intervene or otherwise weigh in regarding the motion.

Please acknowledge receipt, thank you for your attention to this matter, please feel free to call if you have any questions. Your, John

**John Nelson**
(He/him)
Foster Garvey PC
*Tel:* 509.777.1604
*Cell:* 509.230.6382
john.nelson@foster.com

---

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately, and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.


This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Thomas.Birsic@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Jeffrey.Meagher@klgates.com.