# <u>Exhibit N</u>

Message

| | |
|---|---|
| **From**: | John Nelson [john.nelson@foster.com] |
| **Sent**: | 7/7/2023 7:10:31 PM |
| **To**: | Schlerf, Janis E [JSCHLERF@travelers.com]; Buckingham, Susan Lapadula [SBUCKING@travelers.com]; Downing, Tracy O [TODOWNIN@travelers.com] |
| **CC**: | John Nelson [john.nelson@foster.com]; Rylan Weythman [rylan.weythman@foster.com]; Devra Cohen [devra.cohen@foster.com]; Mike Jackson [Mike_Jackson@murphyoilcorp.com]; 'Dale Smart' [Dale_Smart@murphyoilcorp.com]; 'Laura Pappenfus' [Laura_Pappenfus@murphyoilcorp.com]; Len Smith [lsmith@crowleyfleck.com]; Birsic, Thomas E. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Recipients/cn=birsicte]; Meagher, Jeffrey J. [/o=KIRKPATRICK & LOCKHART/ou=KLEXCHANGE/cn=Pittsburgh/cn=Users/cn=meaghejj] |
| **Subject**: | FW: Murphy v. Ballard |
| **Attachments**: | 262 Ballard Petroleum Holdings Motion to Lift Stay and For Judicial Review(16908357.1).pdf; 263 Ballard's Memorandum of Law in Support of Motion to Stay and for Judicial Review(16908617.1).pdf; 264 Declaration of Counsel in Support of Ballard's Motion to LIft Stay(16908621.1).pdf |


**External Sender:**

Janis, Susan and Tracy  -- We were served today with the attached motion in the *Lockman v. Pioneer Natural Resources and Murphy Oil* case. In a nutshell, the motion argues that Ballard should not be required to indemnify Murphy for litigation costs and attorney fees for which Travelers has already partially reimbursed Murphy.  We wanted to get you the motion and related papers as soon as possible so that Travelers can determine whether to intervene or otherwise weigh in regarding the motion.

Please acknowledge receipt, thank you for your attention to this matter, please feel free to call if you have any questions.  Your, John

**John Nelson**
(He/him)
Foster Garvey PC
*Tel:* 509.777.1604
*Cell:* 509.230.6382
john.nelson@foster.com

MURPHY_00017133