# **Exhibit R**



Billie F. Johnson
Legal Services Analyst

February 6, 2024

Via Email (jschlerf@travelers.com)

Janis E. Schlerf
Senior Account Executive
Travelers
111 Schilling Road
Hunt Valley, Maryland 21031

Insured:   Murphy Oil Corporation
Lawsuits:  *Michael E. Lockman, et al. v. Pioneer Natural Resources USA, Inc., et al.,* Case No. 4:20-cv-00067-BMM-JTJ (D. Mont. Great Falls Division)
*Zimmerman, Inc. et al. v. Murphy Exploration & Production Co., et al.,* Case No. 4:20-cv-00068-BMM-JTJ (D. Mont. Great Falls Division)

Dear Ms. Schlerf:

Attached please find a spreadsheet summarizing Murphy Oil's defense costs incurred in connection with the above-referenced lawsuits, along with supporting invoices for any costs not included previously. As you will see Murphy Oil has incurred an additional $159,375.89 in defense costs since our last submission on October 19, 2023.

By copy of this letter, Murphy Oil requests reimbursement of these additional defense costs. Also, for the avoidance of doubt, Murphy Oil continues to reserve the right to collect any unpaid defense costs submitted to date.

Billie F. Johnson

*Billie F. Johnson*

Legal Services Analyst

9805 Katy Freeway, Suite G-200, Houston, Texas 77024

MURPHY_00019390