# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, et al., | ) Cause No.: 4:20-cv-00067-BMM )  )  ) |
| Third-Party Plaintiff(s), | ) ) |
| v. | ) **ORDER ON** |
| BALLARD PETROLEUM HOLDINGS, LLC, et al., | ) **UNOPPOSED MOTION** ) **FOR STATEMENT OF** ) **SUBSTANTIAL ISSUE** ) |
| Third-Party Defendant(s) | ) ) |
| _____ | ) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | ) ) ) |
| Intervenor Plaintiff / Counterclaim Defendant, | ) ) ) |
| vs. | ) |
| BALLARD PETROLEUM HOLDINGS, LLC, | ) ) ) |
| Intervention Defendant/ Counterclaimant/Third-Party Plaintiff/Counterclaim Defendant, | ) ) ) ) ) |
| vs. | ) |
| VIGILANT INSURANCE COMPANY; and FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Third-Party Defendants/ Counterclaim Plaintiffs, | ) ) ) |

Ballard Petroleum Holdings, LLC ("Ballard") moves the Court pursuant to Rule 60(b), Fed. R. Civ. Pro. Ballard seeks relief from the monetary award against Ballard in the Court's July 14, 2025 Order. (Doc. 404, "the Arbitration Modification Order.") That Order has already been appealed. (Doc. 405). Counsel for Murphy Exploration and Production Company ("Murphy") has been contacted and opposes Ballard's Rule 60(b) motion.

In conjunction with its Rule 60(b) motion, Ballard requests a statement from the Court that Ballard's Rule 60(b) motion raises substantial issues. Ballard has offered to notify the Ninth Circuit and seek limited remand of the appeal from the Arbitration Modification Order pursuant to Rule 12.1, Fed. R. App. Pro. to allow consideration of the Rule 60(b) motion if such a statement is issued.

Counsel for Murphy has been contacted. Murphy does not oppose Ballard's request that the Court issue a statement that Ballard's Rule 60(b) motion raises substantial issues as contemplated by Rule 12.1, Fed. R. App. Pro. Murphy reserves the right to dispute and continues to contest the sufficiency of Ballard's Rule 60(b) motion. Murphy seeks permission to file its brief in opposition to Ballard's 60(b) motion until 14 days after the Ninth Circuit grants or denies Ballard's Rule 12.1 motion.

Based on Ballard's unopposed request, the Court states that Ballard's Rule 60(b) motion (Doc. 414) seeking relief from the July 14, 2025 Order (Doc. 404)

raises substantial issues. Ballard shall notify the Ninth Circuit Court of Appeals of the Court's statement. Ballard may move for limited remand based on this statement of substantial issues.

Murphy will file a brief in response to Ballard's Rule 60(b) motion (Doc. 414) within 14 days of the Ninth Circuit Court's grant or denial of the limited stay pursuant to Rule 12.1, Fed. R. App. Pro.

Accordingly, **IT IS HEREBY ORDERED** the Unopposed Motion for Statement of Substantial Issue is **GRANTED**. (Doc. 416.)

DATED this 5th day of November, 2025.

_____
Brian Morris, Chief District Judge
United States District Court