# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, et al.,<br><br>　　　Third-Party Plaintiff(s),<br>v.<br>BALLARD PETROLEUM HOLDINGS, LLC, et al.,<br><br>　　　Third-Party Defendant(s)<br>_____<br><br>UNITED STATES FIDELITY AND GUARANTY COMPANY,<br>　　　Intervenor Plaintiff /<br>　　　Counterclaim Defendant,<br>vs.<br>BALLARD PETROLEUM HOLDINGS, LLC,<br>　　　Intervention Defendant/<br>　　　Counterclaimant/Third-Party<br>　　　Plaintiff/Counterclaim<br>　　　Defendant,<br>vs.<br><br>VIGILANT INSURANCE COMPANY; and FEDERAL INSURANCE COMPANY,<br>　　　Third-Party Defendants/<br>　　　Counterclaim Plaintiffs, | Cause No.: 4:20-cv-00067-BMM<br><br>**ORDER ON<br>LIMITED REMAND<br>DECISION** |

The Ninth Circuit issued an order directing the Court to rule on the limited

purpose of considering Ballard Petroleum Holdings, LLC ("Ballard")'s motion for

Federal Rule of Procedure 60(b) relief on November 25, 2025. (Doc. 425.) Ballard had previously moved the Court on November 3, 2025, to modify the money award outlined in the Court's Arbitration Modification Order (Doc. 404) for relief under Federal Rule of Civil Procedure 60(b). (Doc. 414.) The Court granted Rule 60(b) relief on November 19, 2025. (Doc. 424.) Ballard also moved the Court pursuant to Rule 60(B) on November 5, 2025, to seek relief on a statement of substantial issue. (Doc. 416.) The Court granted Rule 60(b) relief on November 5, 2025. (Doc. 419.) The Court directs the parties to notify the Ninth Circuit of the orders to proceed on appeal of the Court's final order on arbitration. (Doc. 404.)

DATED this 9th day of December, 2025.

_____
Brian Morris, Chief District Judge
United States District Court