**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, a Delaware corp., MURPHY OIL USA, INC., a Delaware corp., MURPHY OIL CORPORATION, a Delaware corp., | ) Cause No.: 4:20-cv-00067-JTJ ) ) ) ) ) |
| Third-Party Plaintiff(s), | ) **ORDER GRANTING VIGILANT** ) **INSURANCE COMPANY'S AND** |
| v. | ) **FEDERAL INSURANCE** ) **COMPANY'S UNOPPOSED** ) **MOTION FOR ENTRY OF** |
| BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company, | ) **JUDGMENT UNDER RULE 54(B)** ) ) ) |
| Third-Party Defendant(s) | ) ) |
| _____ | ) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation, | ) ) ) ) |
| Intervenor Plaintiff / Counterclaim Defendant, | ) ) ) |
| vs. | ) ) |
| BALLARD PETROLEUM HOLDINGS, LLC, | ) ) ) |
| Intervention Defendant/ Counterclaimant/Third-Party Plaintiff/Counterclaim Defendant, | ) ) ) ) ) |
| vs. | ) ) |

|  | ) |
| --- | --- |
| VIGILANT INSURANCE CO.; and<br>FEDERAL INSURANCE CO., | ) |
|  | ) |
|  | ) |
| Third-Party Defendants/<br>Counterclaim Plaintiffs, | ) |
|  | ) |
|  | ) |

Third-Party Defendants Vigilant Insurance Company ("Vigilant") and Federal Insurance Company ("Federal"; together, "Chubb") have filed a motion for entry of final judgment under Rule 54(b) on all claims between themselves and Third-Party Plaintiff Ballard Petroleum Holdings, LLC ("Ballard") (doc. 456). Ballard consented to the motion.

The Court finds as follows:

1.  By order dated October 10, 2025 (doc. 411, amended at doc. 423), the Court granted summary judgment to Chubb and found that Chubb had no duty to defend or indemnify Ballard. This order constituted the ultimate disposition and final judgment on all claims involving Chubb in this case.

2.  There is no just reason to delay entry of judgment on the claims involving Chubb. Those claims are separate and distinct from the other, unresolved claims in this case between USF&G and Ballard.

Therefore, **IT IS ORDERED** that the clerk of this Court is directed to:

2

1. Enter final judgment under Rule 54(b) in favor of Vigilant Insurance Company and Federal Insurance Company on all claims between them and Ballard Petroleum Holdings, LLC in this action; and

2. Dismiss Vigilant Insurance Company and Federal Insurance Company from the action.

DATED 14th day of April 2026.

Brian Morris, Chief District Judge
United States District Courts

LEGAL\114818679\1