**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| MURPHY EXPLORATION & PRODUCTION COMPANY, a Delaware corp., MURPHY OIL USA, INC., a Delaware corp., MURPHY OIL CORPORATION, a Delaware corp., | ) Cause No.: 4:20-cv-00067-BMM ) ) ) ) ) |
| Third-Party Plaintiff(s), | ) ) **ORDER GRANTING BALLARD'S** |
| v. | ) **MOTION FOR LEAVE TO FILE** ) **COMBINED REPLY BRIEF ON** ) **AUGUST 13, 2026** |
| BALLARD PETROLEUM HOLDINGS, LLC, a Montana limited liability company, | ) ) ) ) |
| Third-Party Defendant(s) | ) ) |
| _____ | ) |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, a Connecticut corporation, | ) ) ) ) |
| Intervenor Plaintiff / Counterclaim Defendant, | ) ) ) |
| vs. | ) ) |
| BALLARD PETROLEUM HOLDINGS, LLC, | ) ) ) |
| Intervention Defendant/ Counterclaimant/Third-Party Plaintiff/Counterclaim Defendant, | ) ) ) ) ) |
| vs. | ) |

VIGILANT INSURANCE CO.; and
FEDERAL INSURANCE CO.,

      Third-Party Defendants/
      Counterclaim Plaintiffs,

)
)
)
)
)
)
)
)
)
)

Ballard Petroleum Holdings, LLC ("Ballard") moves the Court permission to file a combined reply brief in Support of Motion for Summary Judgment Re Equitable Contribution (Doc. 469), replying to both United States Fidelity and Guaranty Company ("USFG") (Doc. 480) and Murphy Exploration and Production Company ("Murphy") (Doc. 491) (Aug. 3, 2026).

FOR GOOD CAUSE SHOWING and with no objection from USFG and Murphy, the motion is granted.  Ballard's Combined Reply Brief in Support of Motion for Summary Judgment re Equitable Contribution shall be filed on or before August 13, 2026.

DATED this 4th day of August, 2026.

_____
Brian Morris, Chief District Judge
United States District Courts